IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Dakota Labs Inc., <br><br> Plaintiff, <br><br> v. <br><br> Huron Capital Partners LLC and Michael Grunza III, <br><br> Defendants. | Case No.: 2:24-cv-10922 <br><br> Hon. Susan K. DeClercq |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Dakota Labs Inc. ("Dakota Labs") states that it is a wholly owned subsidiary Crossworks Manufacturing Ltd. ("Crossworks"). Crossworks is a wholly owned subsidiary of HRA Group of Companies, Ltd. ("HRA Group"). No publicly held corporation owns 10% or more of the stock of either Dakota Labs, Crossworks, or HRA Group. Dakota Labs is a citizen of Canada, and no other entity or individual's citizenship is attributed to it.

Dated: April 17, 2024

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ Ronald Y. Rothstein
Ronald Y. Rothstein
RRothstein@winston.com
35 West Wacker Drive
Chicago, Illinois 60601
+1 312-558-7464 Telephone

*Attorneys for Dakota Labs Inc.*