MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dakota Labs Inc.

        Plaintiff(s),

v.

Huron Capital Partners LLC and Mike Grunza III,

        Defendant(s).

Case No. 2:24-cv-10922

Judge Susan K. DeClercq

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Dakota Labs Inc.**
                                                                                  [Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐        No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐        No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: April 17, 2024

Signature: *[signed]*

Bar No.
35 W. Wacker Dr.
Street Address
Chicago, Illinois 60601
City, State, Zip Code
312-558-7464
Telephone Number
RRothstein@winston.com
Primary Email Address