UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS INC.,

        Plaintiff,         Case No. 2:24-cv-10922

v.         Honorable Susan K. DeClercq
        United States District Judge

HURON CAPITAL PARTNERS LLC
and MICHAEL GRUNZA III,

        Defendants.
_____/

## ORDER SATIFYING SHOW CAUSE ORDER

On April 12, 2024, this Court questioned whether the parties were completely diverse and directed Dakota Labs to justify not dismissing its complaint for want of subject-matter jurisdiction. *See* ECF No. 5. Dakota Labs responded on April 17, 2024, providing the citizenships of Huron Capital LLC's members, which plausibly alleges complete diversity here. *See* ECF No. 8.

Accordingly, it is **ORDERED** that this Court's Order to Show Cause, ECF No. 5, is **SATISFIED**.

Dated: 4/18/2024         *s/Susan K. DeClercq*
        SUSAN K. DeCLERCQ
        United States District Judge