UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dakota Labs Inc.,

            Plaintiff(s),

v.                                    Case No. 2:24−cv−10922−SKD−DRG
                                        Hon. Susan K. DeClercq

Huron Capital Partners LLC, et al.,

            Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 6/12/2024, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                        s/Susan K. DeClercq
                                        Susan K. DeClercq
                                        U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/L. Vertriest
                                        Case Manager

Dated:   June 5, 2024