# EXHIBIT 1

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **M7D Corporation** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  WD Lab Grown Diamonds** <br> **FKA  Washington Diamonds Corporation** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0862280** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **6710 Virginia Manor Road** <br> **Beltsville, MD 20705-1289** <br> Number, Street, City, State & ZIP Code <br><br> **Prince Georges** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.wdlabgrowndiamonds.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **M7D Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3279

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

| Debtor | **M7D Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**███ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor   **M7D Corporation**
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case number (*if known*)

| Debtor | **M7D Corporation** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **October 11, 2023**
            MM / DD / YYYY

X _Michael Grunza_                 **Michael Grunza**
    Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

| 18. Signature of attorney | X /s/ Jeffrey R. Waxman | Date **October 11, 2023** |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Jeffrey R. Waxman**
Printed name

**Morris James LLP**
Firm name

**500 Delaware Avenue**
**Suite 1500**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-888-6800**       Email address    **jwaxman@morrisjames.com**

**4159 DE**
Bar number and State

Debtor **M7D Corporation**
Name

Case number (*if known*) _____

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____ Chapter __7__

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **WD Diamonds Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When **10/11/23** | Case number, if known | |
| Debtor | **WD Diamonds Intermediate Holdings, Inc.** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When **10/11/23** | Case number, if known | |

**OMNIBUS ACTION BY**
**UNANIMOUS WRITTEN CONSENT OF**
**THE BOARD OF DIRECTORS OF WD DIAMONDS HOLDINGS, INC., WD DIAMONDS**
**INTERMEDIATE HOLDINGS, INC., AND M7D CORPORATION**
October 10, 2023

The undersigned, constituting all of the members of the board of directors (the "Board") of WD Diamonds Holdings, Inc., a Delaware corporation, WD Diamonds Intermediate Holdings, Inc., a Delaware corporation, and M7D Corporation, a Delaware corporation (collectively, the "Companies" and each a "Company"), do hereby waive all notice of a meeting of the Board and approve and adopt the following Omnibus Action by Unanimous Written Consent ("Written Consent") as of the date first written above in lieu of a meeting for each Company pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act.

**WHEREAS**, the Board has reviewed and analyzed materials and advice presented by the management and the outside financial and legal advisors of the Companies regarding the financial condition, capital structure, liquidity position, business model and projections, short term and long term prospects of the Companies and the restructuring and other strategic alternatives available to them, and the impact of the foregoing on the business of the Companies; and

**WHEREAS**, the Board has determined that it is desirable and in the best interests of the Companies and their creditors, employees and other parties in interest, that the Companies file or cause to be filed a voluntary petition (the "Chapter 7 Case") seeking relief under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**NOW THEREFORE BE IT RESOLVED**, that filing of the Chapter 7 Case by the Companies, and the seeking of relief by the Companies under chapter 7 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respects; and it is further

**RESOLVED**, that Mike Grunza (collectively, the "Authorized Person") is authorized and empowered to execute and verify a bankruptcy petition, schedules and statements of financial affairs and take such other actions on behalf of the Companies, in such forms as he shall approve, and such execution shall be to be conclusive evidence of the approval thereof, and the Authorized Person shall be authorized to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine; and it is further

**FURTHER RESOLVED**, that the Companies are authorized to retain and hereby ratify the retention and employment of Honigman LLP and Morris James LLP as counsel for the purpose and all matters incidental thereto and that said counsel shall be compensated in accordance with their prevailing rates.

**FURTHER RESOLVED**, that all authority conferred by these resolutions shall be deemed retroactive and any and all acts authorized under these resolutions performed prior to the adoption of this resolution are hereby ratified, affirmed and approved; and that, without limitation of the foregoing, all actions heretofore taken for or on behalf of the Companies by any Authorized

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.

**~~Board of Directors~~**

*Marty Hurwitz*
DBB31816CF9D483...

Marty Hurwitz, Director

_____

Mike Grunza, Director

_____

Michael Beauregard, Director

_____

Carl Kubas, Director

_____

Brian Walker, Director

_____

Mike Zukas, Director

49434190.2

DocuSign Envelope ID: 84A18A98-B8A6-44A5-A976-D97D2E2E4910

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

    **IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.


**Board of Directors**

_____
Marty Hurwitz, Director


_____
Mike Grunza, Director

_Michael Beauregard_
FC2EAA0C4993410...
_____
Michael Beauregard, Director


_____
Carl Kubas, Director


_____
Brian Walker, Director


_____
Mike Zukas, Director

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

     **IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.

 

 

**Board of Directors**

_____
Marty Hurwitz, Director

_____
Mike Grunza, Director

_____
Michael Beauregard, Director

_____
Carl Kubas, Director

*DocuSigned by:*
*Brian Walker*
8467647E04B7406...
_____
Brian Walker, Director

_____
Mike Zukas, Director

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.

**Board of Directors**

_____
Marty Hurwitz, Director

_____
Mike Grunza, Director

_____
Michael Beauregard, Director

DocuSigned by:

_Carl Kubas_
639A1BC5922B40E...
_____
Carl Kubas, Director

_____
Brian Walker, Director

_____
Mike Zukas, Director

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.

**Board of Directors**

_____
Marty Hurwitz, Director

_____
Mike Grunza, Director

_____
Michael Beauregard, Director

_____
Carl Kubas, Director

_____
Brian Walker, Director

_____
Mike Zukas, Director

DocuSign Envelope ID: 52ECE0C1-8D5A-4B56-B9D8-9435649DB7DE

Persons in connection with the transactions contemplated by the preceding resolutions be, and hereby are, ratified, adopted and confirmed in all respects.

This document may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument.

**IN WITNESS WHEREOF**, the undersigned Board hereby consents to and approves and adopts these resolutions as of the date set forth above and directs that this Written Consent be filed with the Companies' minutes and official records.

**Board of Directors**

_____
Marty Hurwitz, Director

_____
Mike Grunza, Director

_____
Michael Beauregard, Director

_____
Carl Kubas, Director

_____
Brian Walker, Director

_____
*Mike Zukas*
DocuSigned by:
A8BD8E56A10148D...
Mike Zukas, Director

49434190.2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **M7D Corporation**

_____   Case No. _____
                                    Debtor(s)      Chapter   **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **80,000.00** |
| Prior to the filing of this statement I have received | $ | **80,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor       ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**October 11, 2023**
_____
_Date_

**/s/ Jeffrey R. Waxman**
_____
**Jeffrey R. Waxman**
_Signature of Attorney_
**Morris James LLP**
**500 Delaware Avenue**
**Suite 1500**
**Wilmington, DE 19801**
**302-888-6800  Fax: 302-571-1750**
**jwaxman@morrisjames.com**
_Name of law firm_

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| M7D CORPORATION d/b/a WD LAB GROWN DIAMONDS, | Case No. 23- _____ |
| Debtor.[1] | |

| | |
|---|---|
| In re: | Chapter 7 |
| WD DIAMONDS INTERMEDIATE HOLDINGS, INC., | Case No. 23-_____ |
| Debtor.[2] | |

| | |
|---|---|
| In re: | Chapter 7 |
| WD DIAMONDS HOLDINGS, INC., | Case No. 23-_____ |
| Debtor.[3] | |

### GLOBAL NOTES, STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS AND SPECIFIC DISCLOSURES REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

#### Introduction

The above-captioned debtors and debtors-in-possession (collectively the, "Debtors") hereby submit their *Schedules of Assets and Liabilities* (the "Schedules") and *Statement of Financial Affairs* (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 52l of title 11 of the United States Code (the "Bankruptcy Code") and Rule l007 of the Federal Rules of Bankruptcy Procedure.

These Global Notes, Statement of Limitations, Methodology and Disclaimers and Specific Disclosures Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and constitute an integral part of, each of the Debtors' Schedules and Statements. Any party reviewing the Schedules and Statements should refer to, consider and consult the Global Notes in connection with such review.

---

[1] The last four digits of the Debtor's federal taxpayer identification number are 2280.
[2] The last four digits of the Debtor's federal taxpayer identification number are 7850.
[3] The last four digits of the Debtor's federal taxpayer identification number are 7199.

These Global Notes consist of: (I) general comments regarding the Schedules and Statements; (II) specific disclosures applicable to the Schedules and Statements; and (III) specific disclosures applicable to the Schedules and Statements.

On October 11, 2023 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

The Schedules and Statements were prepared by Michael Grunza, and they are unaudited. Mr. Grunza, who was responsible for the preparation of the Schedules and Statements has made a reasonable effort based upon information known to him at the time to ensure that the Schedules and Statements are accurate and complete after reasonable inquiry. The Debtors expressly reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate and they will do so as information becomes available.

### General Comments Regarding the Schedules and Statements

**1.     Global Notes Control.** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**2.     Reservation of Rights.** The Debtors have made reasonable efforts to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions in the Schedules and Statements may exist. The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to the description or designation of any claim against any Debtor (including, without limitation, reserving the right to: (a) alter the description or designation of any claim; (b) dispute or otherwise assert a right of setoff or other defenses to any claim, including, without limitation, any defenses relating to amount, liability, priority, status or classification; (c) subsequently designate any claim as "disputed," "contingent," or "unliquidated"; and/or (d) object to the extent, validity, enforceability, priority or avoidability of any claim). The absence of a "disputed," "contingent," or "unliquidated" designation with respect to any claim or amount in the Schedules and Statements does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated."

**3.     Basis of Presentation.** Except as otherwise noted herein or in the Schedules and Statements, the Schedules and Statements are intended to reflect the separate assets and liabilities for each of the Debtor.

**4.     Valuation of Assets.** Many of these assets of the Debtors, as set forth in the Schedules and Statements, are premised upon valuations that on a cost basis, which is the Debtors' best estimate of the going concern value of those entities is unknown at this time. Except as otherwise noted, the Debtors have not formally evaluated the valuation of the assets or updated the assets contained therein or updated such valuation as of the Petition Date, and are presented as they are listed and appear in the Debtors' ledgers.

5.      **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  In addition, even where not marked as contingent, unliquidated or disputed, totals may represent the sum of all unpaid invoices issued by any creditor, as reflected in the applicable Debtors' books and records, without reference to any credits, allowances, defenses or counterclaims that may exist with respect to such invoices. The Debtors reserve all of their rights with respect to any such defenses or counterclaims, including, without limitation, the right to amend the Schedules and Statements as necessary or appropriate.

6.      **Strict Foreclosure and Sale of Assets**.  On October 10, 2023, Tree Line Direct Lending, LP ("Tree Line"), as administrative agent (the "Agent"), for the Debtors' secured lenders exercised its rights under Article 9 of the Uniform Commercial Code, as adopted in the State of New York, through strict a foreclosure in partial satisfaction of the Debtors' obligations.  As a direct and proximate result of Tree Line exercising its rights, Tree Line took ownership and possession of substantially all of the Debtors' assets, including all or substantially all of the Debtors' cash, intellectual property, and equipment.  Except as otherwise expressly included in the Schedules and Statements, all assets that were taken by Tree Line prior to the Petition Date have been excluded from each Debtor's Schedule A.  Similarly, through the strict foreclosure process, a number of the Debtors' executory contracts and leases to which one or more of the Debtors were a party that were assigned by the Debtor and assumed by the Tree Line, and the Debtors believe that that such assumption and assignment is valid as a matter of applicable non-bankruptcy law.  Only those executory contracts and leases which were **not** assumed by Tree Line are included on the respective Debtor's Schedule G. Further, all cash receipts received after the Petition Date were part of the assets foreclosed upon by Tree Line and thereby remain subject to the security interest of Tree Line.

7.      **Bank Accounts**.  As set forth in Schedule A, the Debtors do not anticipate having any cash available in their respective bank accounts, however, there may some checks, wires, or other electronic transfers which did not clear as of the Petition Date.   Any money that remains in the Debtors' bank accounts as of the Petition Date and all cash receipts received after the Petition Date were part of the assets foreclosed upon by Tree Line and thereby remain subject to the security interest of Tree Line.

8.      **Credits owed to customers**.  In the ordinary course of the Debtors' business, certain customers receive credits due to an overpayment, prepayment, or an incentive as for prompt payment.  As part of the strict foreclosure, Tree Line has agreed to honor those obligations due to customers.  Notwithstanding the foregoing, customers who are owed credits are listed on one or more of the Debtors' Schedules as unsecured claims.

**Fill in this information to identify the case:**

Debtor name  **M7D Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 11, 2023**      x _____
                                        Signature of individual signing on behalf of debtor

                                        **Michael Grunza**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **M7D Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $      3,063,924.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $      3,063,924.98

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      36,036,180.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      23,675.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$      8,722,451.22

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

   $      44,782,306.22

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **M7D Corporation**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **3 year hardware license - 4TEKGEAR LLC** | $114.00 |
| 8.2. | **Professional services - India - Hemant Shah & Co** | $1,604.00 |
| 8.3. | **3 year managed services - GoDaddy** | $2,946.00 |
| 8.4. | **JMP user licenses - SAS Institute Inc.** | $333.00 |
| 8.5. | **Annual UPS maintenace - Mission Critical Power Services LLC** | $2,271.00 |

Debtor __**M7D Corporation**__                          Case number *(If known)* _____
               Name

| 8.6. | **Equipment down payment - Sairem** | $178,480.00 |
|---|---|---|

| 8.7. | **Annual dues - The Plumb Club Association** | $3,500.00 |
|---|---|---|

| 8.8. | **Equipment down payment - Meyer Tool & Mfg. Inc.** | $37,182.00 |
|---|---|---|

| 8.9. | **Prepaid property/casualty insurance - Willis Towers Watson Northeast, Inc.** | $72,824.00 |
|---|---|---|

| 8.10. | **Annual subscription - TriMech Solutions** | $1,758.00 |
|---|---|---|

| 8.11. | **Purchase prepayment - Strem Chemicals, Inc.** | $4,854.00 |
|---|---|---|

| 8.12. | **Database management - Soaring Eagle Consulting, Inc.** | $10,000.00 |
|---|---|---|

| 8.13. | **Prepaid software - HSI Workplace Compliance Solutions, Inc.** | $3,682.00 |
|---|---|---|

| 8.14. | **Prepaid jewelers insurance - Arthur J. Gallagher Risk Management** | $8,098.00 |
|---|---|---|

| 8.15. | **Disputed payment - on Divvy CC - Adobe Reader** | $234.00 |
|---|---|---|

| 8.16. | **Arbitration Deposit - Vancouver International Arbitration Centre** | $11,013.00 |
|---|---|---|

9.  **Total of Part 2.**                                                          $338,893.00
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable - See Attachment Part 11**

Debtor __**M7D Corporation**__                                    Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | **918,998.13** | - | **0.00** | = .... | **$918,998.13** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

---

12.  **Total of Part 3.**
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$918,998.13**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Diamonds located at Aries - 5,076.97 carats x $215/carat blended average** | | **$1,093,998.85** | | **$1,093,998.85** |
| **Diamonds located at HRA Group - 15,823 carats x $45/carat** | | **$712,035.00** | | **$712,035.00** |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                                      **$1,806,033.85**
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **M7D Corporation**                                          Case number *(If known)* _____
          Name

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor __**M7D Corporation**__  Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $338,893.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $918,998.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,806,033.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,063,924.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,063,924.98 |

**M7D Corporation dba WD Lab Grown Diamonds**
**AR Aging**
**October 11, 2023**
**Attacment Part 11**

| Sum of Balance Due | Column Labels | | | | | |
|---|---|---|---|---|---|---|
| Row Labels | 0 to 1 | 1 to 30 | 31 to 60 | 61 to 90 | 91 to 900 | Grand Total |
| Abigail Sparks LLC | $ 1,843.90 | | | | | $ 1,843.90 |
| Acrimony, dba No 3 Fine Jewelry | $ 784.70 | | | | | $ 784.70 |
| Altamar Diamonds LLC | $ 585.50 | | | | | $ 585.50 |
| Amidon Jewelers | $ 512.00 | | | | | $ 512.00 |
| Applied Diamond Inc | $ 575.00 | $ 436.00 | | | | $ 1,011.00 |
| Bario Neal | $ 13,561.15 | | | | | $ 13,561.15 |
| Brian Michaels Jewelers | $ 1,794.00 | | | | | $ 1,794.00 |
| Brilliant Atlanta | $ 2,262.60 | | | | | $ 2,262.60 |
| Brilliant Earth | $ 5,210.00 | $ 1,101.93 | | | | $ 6,311.93 |
| Charles Nusinov & Sons | $ 2,134.30 | | | | | $ 2,134.30 |
| Deutsch & Deutsch | $ 990.00 | | | | | $ 990.00 |
| Deutsch of Victoria | $ 2,795.10 | | | | | $ 2,795.10 |
| Diamond Connection | $ 723.60 | | | | | $ 723.60 |
| Diamonds By Appointment LLC | $ 981.70 | | | | | $ 981.70 |
| Emily Chelsea Jewelry | $ 2,100.40 | | | | | $ 2,100.40 |
| Everett and Sons sales Inc | | $ 2,350.45 | | | | $ 2,350.45 |
| Fair Trade Jewellery Company Ltd | $ 3,343.00 | $ 1,150.21 | | | | $ 4,493.21 |
| Frank Darling | $ 865.10 | | | | | $ 865.10 |
| Fraunhofer USA, Inc. | $ 2,020.00 | | | | | $ 2,020.00 |
| Garrick Jewelers Inc. | $ 7,973.40 | | | | | $ 7,973.40 |
| Goldstein-Pitard LLC | $ 4,217.20 | | $ 3,000.00 | | | $ 7,217.20 |
| Harold Jaffe Jewelers | $ 1,061.00 | $ 501.60 | | | | $ 1,562.60 |
| Hoover & Strong | $ 18,031.40 | $ 3,905.10 | | | | $ 21,936.50 |
| Hudson-Poole Fine Jewelers | $ 810.00 | | | | | $ 810.00 |
| IDI Jewels Inc. | $ 18,617.50 | $ 44,437.80 | | | | $ 63,055.30 |
| Impossible Diamond DBA Aether Diamonds | | | | $ 708,333.00 | | $ 708,333.00 |
| J Thomas Jewelers | $ 1,343.20 | | | | | $ 1,343.20 |
| JC Jewels Pty Ltd | $ 6,709.50 | $ 465.30 | | | | $ 7,174.80 |
| Lauray-Pitard LLC | $ 717.40 | | | | | $ 717.40 |
| M. Geller Ltd. | $ 13,137.30 | | | | | $ 13,137.30 |
| Meritage Jewelers | $ 892.80 | | | | | $ 892.80 |
| Midtown Jewelers | $ 599.50 | $ 549.50 | | | | $ 1,149.00 |
| Morgan Jewelers | | | | $ 88.50 | | $ 88.50 |
| Occasions Fine Jewelry | $ 1,375.00 | | | | | $ 1,375.00 |
| Ramseys Diamond Jewelers | $ 1,541.10 | | | | | $ 1,541.10 |
| Ritani | | $ 5,263.85 | $ 1,897.95 | $ 1,889.25 | $ 800.50 | $ 9,851.55 |
| Sanchez Hawkins Fine Jewelers | | $ 546.49 | | | | $ 546.49 |
| Sensenich Jeweler | $ 1,938.30 | | | | | $ 1,938.30 |
| Sheffield and Kearney | $ 1,137.50 | | $ (1,111.95) | | | $ 25.55 |
| Shopify Friends and Family | | $ 4,759.00 | | | | $ 4,759.00 |
| Spence Diamonds Ltd | $ 2,562.84 | $ 3,839.36 | | | | $ 6,402.20 |
| Ware Jewelers | $ 7,257.20 | | | | | $ 7,257.20 |
| West African Mines Inc | $ 1,790.10 | | | | | $ 1,790.10 |
| **Grand Total** | **$ 134,794.29** | **$ 69,306.59** | **$ 4,897.95** | **$ 777.30** | **$ 709,222.00** | **$ 918,998.13** |

Less: Impossible Diamonds discount if all scheduled payments are made on time        $ (250,000.00)

**Net total**        **$ 668,998.13**

**Fill in this information to identify the case:**

Debtor name   **M7D Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |
| **2.1** **Tree Line Direct Lending, LP**<br>Creditor's Name<br><br>**c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center**<br>**Suite 2320**<br>**San Francisco, CA 94111**<br>Creditor's mailing address<br><br>**www.treelinecp.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Accounts receivable and other assets**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36,036,180.00** | **$918,998.13** |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$36,036,180.00** |

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**M7D Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,383.00 | $14,734.01 |
|---|---|---|---|
| **Department of Assessment and Taxation** <br> **301 West Preston Street Personal Propert** <br> **Baltimore, MD 21201-2395** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| Date or dates debt was incurred <br> **2/1/2022, 11/1/2022** | Basis for the claim: <br> **Property tax assessment** | | |
| Last 4 digits of account number **0352** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | ☑ No <br> ☐ Yes | | |

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,292.00 | $8,292.00 |
|---|---|---|---|
| **New York State Department of Labor** <br> **PO Box 15122** <br> **Albany, NY 12212-5122** | *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | |
| Date or dates debt was incurred <br> **March 2023 - August 2023** | Basis for the claim: <br> **DoL determined contractor to be employee** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | ☑ No <br> ☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **M7D Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,310.00 |
| | **AC Manufacturing**<br>**245 Kinney Drive**<br>**San Jose, CA 95112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __3/13/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117,693.99 |
|---|---|---|---|
| | **Adaptive Business Solutions, Inc.**<br>**225 Cedar Hill Road, Suite 200**<br>**Marlborough, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __Various 5/2/2022__<br>__through 10/1/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,041.24 |
|---|---|---|---|
| | **Airgas USA, Inc.**<br>**2900 52ND AVE**<br>**HYATTSVILLE, MD 20781-1103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __9/1/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,021.54 |
|---|---|---|---|
| | **Airline Hydraulics Corporation**<br>**PO Box 536746**<br>**Pittsburgh, PA 15253-5909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __1/26/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,097.87 |
|---|---|---|---|
| | **ALTR, INC**<br>**16 West 46th Street 12th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/30/2022__ | Basis for the claim: __Vendor Credit__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,523,820.24 |
|---|---|---|---|
| | **Aries**<br>**12 Longford Circuit Darch,**<br>**Western, Australia 06065** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __Various 1/31/2022__<br>__through 3/31/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ■ Yes | |

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.00 |
|---|---|---|---|
| | **Arradiance LLC**<br>**11 A Beaver Brook Rd**<br>**Littleton, MA 01460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __4/3/2023__ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **M7D Corporation**                                    Case number *(if known)* _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,345.88 |
|---|---|---|---|

**Aston Carter**
**3689 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/9/2023_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,678.34 |
|---|---|---|---|

**B.O.S.S.**
**P.O. Box 91**
**Owings, MD 20736**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6/1/2023, 7/1/2023,_
_8/1/2023, 9/1/2023, 10/1/2023_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Baileys Fine Jewelry**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,074.56 |
|---|---|---|---|

**Baileys Fine Jewelry**
**415 Daniel Street**
**Raleigh, NC 27605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was**
**incurred** _8/7,2023, 9/6/2023, 10/2/2023_

**Basis for the claim:** _Vendor Credit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,184.80 |
|---|---|---|---|

**Boland Trane Services Inc.**
**PO Box 223862**
**Chantilly, VA 20153-3862**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2/1/2023, 3/1/2023,_
_4/1/2023, 4/24/2023, 5/1/2023, 5/10/2023_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,167.98 |
|---|---|---|---|

**Brinks Global Services**
**P.O. Box 677444**
**Dallas, TX 75267-7444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6/23/2023, 6/30/2023,_
_7/4/2023, 7/6/2023, 7/19/2023, 8/2/2023,_
_9/26/2023_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,672.53 |
|---|---|---|---|

**Carnegie Institute of Washington**
**Attn: Tim Doyle 1530 P Street, NW**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/31/2023, 2/28/2023,_
_3/31/2023, 4/30/2023, 5/31/2023_

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **M7D Corporation** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Chesapeake Systems**
**7400 Coca Cola Drive**
**Hanover, MD 21076**

Date(s) debt was incurred  2/14/2023, 4/11/2023,
4/13/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$29,943.00**

---

**3.16** | Nonpriority creditor's name and mailing address
**Clean Harbors Environmental**
**Services, Inc.**
**3527 Whiskey Bottom Road**
**Laurel, MD 20724**

Date(s) debt was incurred  5/4/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$17,364.17**

---

**3.17** | Nonpriority creditor's name and mailing address
**Clean Method**
**8409 Lee Highway #826**
**Merrifield, VA 22116**

Date(s) debt was incurred  7/31/2023, 8/31/2023,
9/30/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$18,709.82**

---

**3.18** | Nonpriority creditor's name and mailing address
**Comcast**
**PO Box 8587**
**Philadelphia, PA 19101-8587**

Date(s) debt was incurred  9/23/2023, 10/2/2023,
10/5/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,562.30**

---

**3.19** | Nonpriority creditor's name and mailing address
**Cordia Resources**
**8229 Boone Blvd Suite 300**
**Vienna, VA 22182**

Date(s) debt was incurred  12/19/2022

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,750.00**

---

**3.20** | Nonpriority creditor's name and mailing address
**Diamond Nexus**
**5050 W Ashland Way**
**Franklin, WI 53132**

Date(s) debt was incurred  10/3/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$1,068.10**

---

**3.21** | Nonpriority creditor's name and mailing address
**Dibert Valve & Fittings Co., Inc.**
**P.O. Box 7699**
**Richmond, VA 23231**

Date(s) debt was incurred  3/29/2023, 4/11/2023,
4/19/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,221.41**

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,514.77** |
|---|---|---|---|

**Eckert Seamans Cherin & Mellott, LLC**
**600 Grant Street 44th Floor**
**Philadelphia, PA 15219**

Date(s) debt was incurred **Various 12/19/2022**
**though 9/11/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,333.00** |
|---|---|---|---|

**Edward Michael Consulting, LLC**
**P.O. BOX 291219**
**Los Angeles, CA 90029**

Date(s) debt was incurred **2/1/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,740.00** |
|---|---|---|---|

**Eyelit, Inc.**
**8 Lenora Drive**
**West Simsbury, CT 06092-2108**

Date(s) debt was incurred **12/1/2022, 12/29/2022,**
**12/31/2022, 1/31/2023, 2/15/2023, 8/23/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$984.57** |
|---|---|---|---|

**FedEx**
**P.O. Box 37146**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred **Various 9/28/2023**
**though 10/6/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Fenix Diamonds LLC**
**592 5th Avenue**
**Suite 1103**
**New York, NY 10036**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,545.48** |
|---|---|---|---|

**Ferrari Express Inc.**
**215 Mill Street**
**Lawrence, NY 11559**

Date(s) debt was incurred **4/21/2023, 4/25/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,052.15** |
|---|---|---|---|

**FESTO CORPORATION**
**PO BOX 1355**
**BUFFALO, NY 14240**

Date(s) debt was incurred **2/22/2023, 3/22/2023,**
**3/31/2023, 4/4/223, 4/19/2023, 4/21/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,779.20**

**Fidelity Engineering LLC**
**25 Loveton Circle**
**Sparks, MD 21152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/23, 7/25/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,182.00**

**FILMETRICS, INC.**
**10655 ROSELLE STREET SUITE 200**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/20/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,856.00**

**Gem Certification and**
**Assurance Lab, Inc.**
**580 Fifth Avenue, Suite LL-05**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  VArious 3/9/2023
though 6/14/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,080.15**

**Gemological Institute of America, Inc.**
**50 W 47th Street Unit 400**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/21/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,308.74**

**Gemological Science International LLC**
**581 Fifth Avenue Forth Floor**
**York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/3/2023, 3/6/2023,
3/7/2023, 4/18/2023, 4/20/2023, 4/24/2023,
5/1/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,543.70**

**Go Glitter**
**RM 701, 7/F,RISE COMMERCIAL BUILDING**
**5-11 GRANVILLE CIRCUIT**
**T.S.T. KOWLOON, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment

Date(s) debt was incurred  8/28/2023, 10/10/2023

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**Griffin Networks**
**19209 Chennault Way Ste K**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/27/2023, 10/5/2023

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.36** | Nonpriority creditor's name and mailing address

Harvey W. Hottel Inc.
18900 Woodfield Road
Gaithersburg, Md 20879-4717

Date(s) debt was incurred  9/26/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,627.50**

---

**3.37** | Nonpriority creditor's name and mailing address

Hemant Shah
B11, Grand Paradi, Dadyseth Hil August K
Mumbai, India 400 036

Date(s) debt was incurred  12/1/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$17,110.00**

---

**3.38** | Nonpriority creditor's name and mailing address

HRA Group Holdings Ltd.
1501-3777 KINGSWAY Burnaby, BC V5H 3Z7

Date(s) debt was incurred  Various 2/28/2023
through 9/29/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ■ Yes

**$1,878,790.31**

---

**3.39** | Nonpriority creditor's name and mailing address

HSI Workplace Compliance Solutions, Inc.
333 West Canal Dr
Kennewick, WA 99336

Date(s) debt was incurred  6/19/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,908.75**

---

**3.40** | Nonpriority creditor's name and mailing address

Ice Stones LTD
Tuval 21, Yahalom Building Ramat
Gan 5252236, Israel

Date(s) debt was
incurred  1/3/2023, 5/8/2023, 5/16/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$72,714.80**

---

**3.41** | Nonpriority creditor's name and mailing address

Ingersoll Rand
800-E Beaty Street
Davidson, NC 28036

Date(s) debt was incurred  9/13/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,219.62**

---

**3.42** | Nonpriority creditor's name and mailing address

International Gemological Institute
551 Fifth Avenue Suite 700
New York, NY 10176

Date(s) debt was incurred  Various 2/7/2023
through 9/5/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$52,825.60**

---

| Debtor | **M7D Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$720.00** |
|---|---|---|---|

**John Goudie Electrical Contractor Inc.**
**4457 Southern Business Park Dr**
**White Plains, MD 20695**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/14/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,195.70** |
|---|---|---|---|

**John S. Connor  Inc.**
**P.O. Box 791384**
**Baltimore, MD 21279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **3/1/2023, 5/8/2023, 5/12/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.97** |
|---|---|---|---|

**Kesslers Diamonds**
**N96 W16920 County Line Rd**
**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/1/2023**

Basis for the claim: **Vendor Credit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,150.00** |
|---|---|---|---|

**KSM Co. LTD**
**71 Sorae-ro Gimpo Gyeonggi-do**
**Gyeonggi-do 10040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/17/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,693.13** |
|---|---|---|---|

**Kurt J. Lesker**
**PO Box 951677**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/20/2023, 3/21/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,268.10** |
|---|---|---|---|

**Lab Grown Diamond LLC**
**37 W. 47 St Exchange. Suite 800**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/7/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136,296.67** |
|---|---|---|---|

**LDetek INC.**
**990 Rue Monfette Est Thetford Mines , QC**
**G6G7K-6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/21/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **M7D Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,914.00** |
|---|---|---|
| **Leybold USA Inc.**<br>**6005 Enterprise Drive**<br>**Export, PA 15632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/23/2023, 5/24/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.56** |
|---|---|---|
| **Linde Gas & Equipment Inc.**<br>**8025 Dorsey Run Road**<br>**Jessup, MD 20794-9326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  9/30/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,862.71** |
|---|---|---|
| **Malca-Amit**<br>**Attn: Accounts Receivable**<br>**P.O. Box 345003**<br>**Jamaica, NY 11434-9003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/24/2023, 8/29/2023, 9/30/2023, 10/3/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,093.94** |
|---|---|---|
| **Mallick Plumbing & Heating, Inc.**<br>**8010 Cessna Avenue**<br>**Gaithersburg, MD 20879** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  4/1/2023, 4/7/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.24** |
|---|---|---|
| **Marks Jewelers**<br>**975 Bethlehem Pike**<br>**Montgomeryville, PA 18936** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  3/1/2023 | Basis for the claim:  Vendor Credit | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,289.79** |
|---|---|---|
| **Matheson**<br>**7201 Montevideo Road**<br>**Jessup, MD 20794-9313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/23/2023, 8/31/2023, 9/14/2023, 9/22/2023, 9/27/2023, 9/30/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,235.40** |
|---|---|---|
| **Meyer Tool & Mfg. Inc.**<br>**4601 W. Southwest Hwy.**<br>**Oak Lawn, IL 60453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  2/6/2023 | Basis for the claim: __ | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00** |
|---|---|---|---|

**Micro-Machine Inc.**
**6718-A Industrial Drive**
**Beltsville, MD 20705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/21/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,938.14** |
|---|---|---|---|

**Mission Critical Power Services LLC**
**599 Point Drive**
**Petersburg, WV 26847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/6/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,400.00** |
|---|---|---|---|

**MKS Instruments**
**P.O. Box 3553**
**Boston, MA 02241-3553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/4/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,620.25** |
|---|---|---|---|

**Moss Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/10/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$635.64** |
|---|---|---|---|

**Muegge Gerling**
**1064 Woodland Avenue Suite U**
**Modesto, CA 95351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/25/2022**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,307.70** |
|---|---|---|---|

**Nathaniel Deverich**
**130 Lexington Ave. Apt. 1**
**Brooklyn, NY 11216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/19/2023, 1/30/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,040.61** |
|---|---|---|---|

**NiTel, Inc.**
**350 N. Orleans St, Suite 1300N**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2023, 8/1/2023,**
**9/1/2023, 10/3/2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | M7D Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**
Nivoda USA LLC
614N Suite 210 Dupont Hwy
Dover, DE 19901

**Date(s) debt was incurred** 8/30/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$713.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor Credit__

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.65**

**Nonpriority creditor's name and mailing address**
Nor-Cal Products Inc.
1967 South Oregon St
Yreka, CA 96097

**Date(s) debt was incurred** 3/5/2023, 3/14/2023, 3/23/2023, 4/14/2023, 6/8/2023, 6/9/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$52,781.13**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**
Nutter, McClennen & Fish LLP
Seaport West 155 Seaport Blvd
Boston, MA 02210-2604

**Date(s) debt was incurred** 6/26/2023, 7/25/2023, 8/18/2023, 9/25/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$69,082.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**
Ophir-Spiricon, LLC
3050 North 300 West
North Logan, UT 84341

**Date(s) debt was incurred** 1/24/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$1,465.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
Pepco
PO Box 13608
Philadelphia, PA 19101

**Date(s) debt was incurred** 9/19/2023, 9/21/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$39,027.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.69**

**Nonpriority creditor's name and mailing address**
Perkins Coie LLP
P.O. Box 24643
Seattle, WA 98124

**Date(s) debt was incurred** Various from 10/1/2020 through 6/5/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$2,829,620.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**
Pfeiffer Vacuum Inc.
24 Trafalgar Square
Nashua, NH 03063-1988

**Date(s) debt was incurred** 2/28/2023

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*  **$4,265.59**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?** ☑ No ☐ Yes

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.71** | Nonpriority creditor's name and mailing address
**Plante Moran, PLLC**
**3000 Town Center, Suite 400**
**Southfield, MI 48075**

Date(s) debt was incurred  3/11/2023, 3/31/2023,
4/28/2023, 6/26/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$41,569.69**

---

**3.72** | Nonpriority creditor's name and mailing address
**Polyscience**
**6600 W Touhy Ave**
**Niles, IL 60714**

Date(s) debt was incurred  5/9/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$5,034.75**

---

**3.73** | Nonpriority creditor's name and mailing address
**Process Technologies, INC.**
**619 - R Franklin Street West**
**Reading, PA 19611**

Date(s) debt was incurred  4/6/2023, 6/30/2023,
7/5/2023, 8/4/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$40,341.95**

---

**3.74** | Nonpriority creditor's name and mailing address
**R. Bruce Carson Jewelers**

**Hagerstown, MD 21742**

Date(s) debt was incurred  8/2/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$552.45**

---

**3.75** | Nonpriority creditor's name and mailing address
**R.P. Enterprises**
**2ND FLOOR, 202-Lalita Estate, J-Building**
**R.SNO=411 Near SMC Community Hall**
**Vasta Katargram Road**
**Katargram, Road, 390054**

Date(s) debt was incurred  12/31/2022, 1/31/2023,
3/31/2023, 4/30/2023, 6/30/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$593,830.09**

---

**3.76** | Nonpriority creditor's name and mailing address
**R.P. Enterprises**
**2ND FLOOR, 202-Lalita Estate**
**J-Building, R.SNO=411 Near SMC**
**Community**
**Hall Vasta Katargram Road,  395004**

Date(s) debt was incurred  1/2/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Credit

Is the claim subject to offset? ■ No  ☐ Yes

**$118.01**

---

**3.77** | Nonpriority creditor's name and mailing address
**Richardson Electronics, Ltd**
**5169 Eagle Way**
**Chicago, IL 60678-1051**

Date(s) debt was incurred  2/27/2023

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

**$18,665.22**

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,326.29 |
|---|---|---|---|
| | **Robbins Brothers**<br>**1300 W. Optical Drive Ste 200**<br>**Azusa, CA 91702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/27/2023, 9/7/2023** | Basis for the claim:  **Vendor Credit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $972.59 |
|---|---|---|---|
| | **Royal Cup Inc.**<br>**PO Box 841000**<br>**Dallas, TX 75284-1000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **7/24/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,651.42 |
|---|---|---|---|
| | **RTD Seals Corp**<br>**12121 Nicollet Ave S**<br>**Burnsville, MN 55337** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/24/2023, 4/6/2023,**<br>**4/30/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,914.00 |
|---|---|---|---|
| | **Sairem**<br>**82 rue Elis e Reclus**<br>**DECINES 69150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/22/2023, 5/24/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|
| | **SCS Global Services**<br>**SCIENTIFIC CERTIFICATION SYSTEMS, INC**<br>**PO**<br>**SAN FRANCISCO, CA 94145-0034** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **3/1/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|
| | **Soaring Eagle Consulting, Inc.**<br>**235 Apollo Beach Blvd Box 206 Apollo**<br>**Beach, FL 33572** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/15/2023, 9/19/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,004.00 |
|---|---|---|---|
| | **Strem Chemicals, Inc.**<br>**7 Mulliken Way**<br>**Newburyport, MA 01950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **7/24/2023** | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.85** | Nonpriority creditor's name and mailing address

**Sunbelt Rentals, Inc.**
**2341 Deerfield Dr.**
**Fort Mill, SC 29715**

Date(s) debt was incurred _12/21/2022, 1/13/2023,_
_1/18/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,781.80**

---

**3.86** | Nonpriority creditor's name and mailing address

**Suntrust Merchant Services**
**PO Box 2394**
**Omaha, NE 68103-2394**

Date(s) debt was incurred _9/30/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,527.40**

---

**3.87** | Nonpriority creditor's name and mailing address

**T&M Machine Shop, Inc.**
**12201-A Distribution Way**
**Beltsville, MD 20705**

Date(s) debt was incurred _3/15/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

**3.88** | Nonpriority creditor's name and mailing address

**Technical Glass Products, Inc.**
**881 Callendar Boulevard**
**Painesville, OH 44077**

Date(s) debt was incurred _3/14/2023, 5/8/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$38,900.00**

---

**3.89** | Nonpriority creditor's name and mailing address

**The MVEye**
**6207 Bee Cave Road**
**Austin, TX 78746**

Date(s) debt was incurred _4/3/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$30,000.00**

---

**3.90** | Nonpriority creditor's name and mailing address

**The Plumb Club Association**
**157 Engle St.**
**Englewood, NJ 07631**

Date(s) debt was incurred _1/16/2023, 3/9/2023,_
_3/21/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$83,289.82**

---

**3.91** | Nonpriority creditor's name and mailing address

**TriMech Solutions**
**4461 Cox Road Suite 302**
**Glen Allen, VA 23060**

Date(s) debt was incurred _5/8/2023_

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,344.00**

---

| Debtor | **M7D Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,188.00**

University of Maryland College Park
4101 Chesapeake Building, 4300 Terrapin
Park, MD 20742

Date(s) debt was incurred  6/20/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,991.19**

US Naval Research Laboratory
4555 Overlook Ave SW Electronics Science
& Technology Division, #6852
Washington, DC 20375

Date(s) debt was incurred  3/29/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Prepayment

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,090.00**

V360 Technology Inc.
580, 5th Avenue, Suite 421
New York, NY 10036

Date(s) debt was incurred  4/10/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.74**

Washington Gas - 0201
6801 Industrial Rd
Springfield, VA 22151

Date(s) debt was incurred  10/10/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.74**

Washington Gas - 0718 - 8605
6801 Industrial Rd
Springfield, VA 22151

Date(s) debt was incurred  10/10/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.59**

Washington Gas - 2215
6801 Industrial Rd
Springfield, VA 22151

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.36**

Washington Gas - 4826
6801 Industrial Rd
Springfield, VA 22151

Date(s) debt was incurred  10/6/2023

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **M7D Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.36 |
|---|---|---|---|

**Washington Gas -1328 - 8068**
**6801 Industrial Rd**
**Springfield, VA 22151**

Date(s) debt was incurred  10/6/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $741.54 |
|---|---|---|---|

**WWEX Investment Holdings, LLC**
**PO BOX 21272**
**NEW YORK, NY 10087**

Date(s) debt was incurred  9/20,/2023, 9/27/2023,
10/4/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 23,675.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 8,722,451.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 8,746,126.22 |

| Fill in this information to identify the case: |
|---|

Debtor name  **M7D Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Software implementation agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adaptive Business Solutions, Inc.**<br>**225 Cedar Hill Road, Suite 200**<br>**Marlborough, MA 01752** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Software as a service agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Adaptive Business Solutions, Inc.**<br>**225 Cedar Hill Road, Suite 200**<br>**Marlborough, MA 01752** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **Patent & license agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alter, Inc.**<br>**16 West 46th Street 12th**<br>**New York, NY 10036** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Services & pricing agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aries**<br>**12 Longford Circuit  Darch**<br>**Western Austrailia 6065** |

Debtor 1  **M7D Corporation**

| First Name | Middle Name | Last Name |

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Framework supply agreement** | |
| | State the term remaining | | **Breitling Chronometrie SA** |
| | List the contract number of any government contract | | **Allee du Laser 10 2300** |
| | | | **La Chaux-de-Fonds La Chaux-de-Fonds CHE 10108-4970** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Offer Letter** | |
| | State the term remaining | | **Brittany Lewis** |
| | List the contract number of any government contract | | **6711 Virginia Manor Road** |
| | | | **Beltsville, MD 20705** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Offer Letter** | |
| | State the term remaining | | **Caleb Wood** |
| | List the contract number of any government contract | | **6712 Virginia Manor Road** |
| | | | **Beltsville, MD 20705** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Board member agreement** | |
| | State the term remaining | | **Carl Kubas Consulting LLC** |
| | List the contract number of any government contract | | **10220 162nd Street** |
| | | | **Chippewa Falls, WI 54729** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding to Patent License Agreement - Intellectual property agreement** | |
| | State the term remaining | | **Carnegie Institute of Washington** |
| | List the contract number of any government contract | | **Attn: Tim Doyle** |
| | | | **1530 P Street** |
| | | | **Washington, DC 20005** |

| Debtor 1 | **M7D Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Patent License Agreement - Intellectual property agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carnegie Institute of Washington** |
| | List the contract number of any government contract | | **Attn: Tim Doyle** |
| | | | **1530 P Street** |
| | | | **Washington, DC 20005** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Patent License Agreement Addendum - Intellectual property agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carnegie Institute of Washington** |
| | List the contract number of any government contract | | **Attn: Tim Doyle** |
| | | | **1530 P Street** |
| | | | **Washington, DC 20005** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Licensing Letter of Intent - Intellectual property agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carnegie Institute of Washington** |
| | List the contract number of any government contract | | **Attn: Tim Doyle** |
| | | | **1530 P Street** |
| | | | **Washington, DC 20005** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Licensing Letter of Intent Amendment - Intellectual property agreement** | |
|---|---|---|---|
| | State the term remaining | | **Carnegie Institute of Washington** |
| | List the contract number of any government contract | | **Attn: Tim Doyle** |
| | | | **1530 P Street** |
| | | | **Washington, DC 20005** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Building custodial services** | |
|---|---|---|---|
| | State the term remaining | | **Clean Method** |
| | List the contract number of any government contract | | **8409 Lee Highway #826** |
| | | | **Merrifield, VA 22116** |

Debtor 1  **M7D Corporation**                                    Case number *(if known)* _____
_____
First Name        Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Group Buying Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Continental Buying Group**<br>**1170 Kane Concourse Suite 420**<br>**Miami Beach, FL 33154** |
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest | **2023 Annual Merchandise Compliance Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Continental Buying Group**<br>**1170 Kane Concourse Suite 420**<br>**Miami Beach, FL 33154** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Supply & distribution agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Diamantes Creados**<br>**Calzada del Valle 201-E**<br>**Colonia del Valle SPGG, 66220 NL Mexico** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Retention and Transaction Bonus Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Ed Newman**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Edward Michael Consulting, LLC**<br>**P.O. BOX 291219**<br>**Los Angeles, CA 90029** |

Debtor 1    **M7D Corporation**
_____    Case number (*if known*) _____
First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.**   State what the contract or lease is for and the nature of the debtor's interest    **Patent & license agreement**

State the term remaining

List the contract number of any government contract

**Ethereal Green Diamond LLP**
**F.P. No.23/A Ground Floor Paiki Part-B**
**Near Standard Mill Compound. Lal Darwaja**
**395008**

---

**2.21.**   State what the contract or lease is for and the nature of the debtor's interest    **Patent & license agreement**

State the term remaining

List the contract number of any government contract

**Evolution, Inc.**
**529 Fifth Avenue, 12th Floor**
**New York, NY 10017**

---

**2.22.**   State what the contract or lease is for and the nature of the debtor's interest    **Manufacturing software & support agreement**

State the term remaining

List the contract number of any government contract

**Eyelit, Inc**
**8 Lenora Drive**
**West Simsbury, CT 06092-2108**

---

**2.23.**   State what the contract or lease is for and the nature of the debtor's interest    **Service & maintenance agreement**

State the term remaining

List the contract number of any government contract

**Fidelity Engineering LLC**
**25 Loveton Circle**
**Sparks Glencoe, MD 21152**

---

**2.24.**   State what the contract or lease is for and the nature of the debtor's interest    **Services & pricing agreement**

State the term remaining

List the contract number of any government contract

**HRA Group Holdings Ltd.**
**1501-3777 KINGSWAY**
**Burnaby, BC V5H 3Z7**

---

Debtor 1    **M7D Corporation**
_____     Case number (_if known_) _____
First Name          Middle Name          Last Name

<table>
<tr><td style="background:#3d0033;"> </td><td><b>Additional Page if You Have More Contracts or Leases</b></td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.25.   State what the contract or lease is for and the nature of the debtor's interest    **Supply & pricing agreement** | |
|       State the term remaining | **Ice Stones LTD** |
|       List the contract number of any government contract | **Tuval 21, Yahalom Building Ramat Gan 5252236 Israel** |
| 2.26.   State what the contract or lease is for and the nature of the debtor's interest    **Supply & distribution agreement** | |
|       State the term remaining | **JC Jewels Pty Ltd** |
|       List the contract number of any government contract | **Level 10, Suite 02 410 Collins Street MELBOURNE VIC 3000 AUS** |
| 2.27.   State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement** | |
|       State the term remaining | **John Ciraldo** |
|       List the contract number of any government contract | **6711 Virginia Manor Road Beltsville, MD 20705** |
| 2.28.   State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement** | |
|       State the term remaining | **Jonathan Levine-Miles** |
|       List the contract number of any government contract | **6711 Virginia Manor Road Beltsville, MD 20705** |
| 2.29.   State what the contract or lease is for and the nature of the debtor's interest    **Supply & distribution agreement** | |
|       State the term remaining | **M. Geller Ltd.** |
|       List the contract number of any government contract | **29 E. Madison St., Suite 1805 Chicago, IL 60602** |

| Debtor 1 | **M7D Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Board member agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Michael Grunza III<br>4525 Cole Ave ,Apt 122<br>Dallas, TX 75205-4267 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Retention and Transaction Bonus Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Michelle Torchia<br>6711 Virginia Manor Road<br>Beltsville, MD 20705-1289 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mike Grunza<br>6711 Virginia Manor Road<br>Beltsville, MD 20705 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **UPS preventative maintenance agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Mission Critical Power Services LLC<br>599 Point Drive<br>Petersburg, WV 26847 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Nathaniel Deverich<br>130 Lexington Ave. Apt. 1<br>Brooklyn, NY 11216 |

| Debtor 1 | **M7D Corporation** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

▮ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll processing** | |
|---|---|---|---|
| | State the term remaining | | **Paycor Inc.**<br>**PO BOX 639860**<br>**Cincinnati, OH 45263-9860** |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Services & pricing agreement** | |
|---|---|---|---|
| | State the term remaining | | **R.P. Enterprise**<br>**2ND FLOOR, 202-Lalita Estate**<br>**J-Building, R.SNO=411 Near SMC Community**<br>**Hall, Vasta Katargram Road, 395004** |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Supply & distribution agreement** | |
|---|---|---|---|
| | State the term remaining | | **Robbins Brothers**<br>**1300 W. Optical Drive Ste 200**<br>**Azusa, CA 91702** |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Supply & distribution agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tellerina Comercio De Presentes E Artigo**<br>**Para Decoracao S.A, Av. Andre Araujo**<br>**97, Sala 116, Ed Forum Business Center**<br>**City of Manaus, State of Amazonas,Brazil** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Board member agreement** | |
|---|---|---|---|
| | State the term remaining | | **The MVEye**<br>**6207 Bee Cave Road**<br>**Austin, TX 78746** |
| | List the contract number of any government contract | | |

Debtor 1  **M7D Corporation**
First Name      Middle Name      Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Trade group participation agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **The Plumb Club Association**<br>**157 Engle St.**<br>**Englewood, NJ 07631** |

**Fill in this information to identify the case:**

Debtor name   **M7D Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **WD Diamonds Intermediate Holdings, Inc** | **6710 Virginia Manor Road Beltsville, MD 20705-1289** | **Tree Line Direct Lending, LP** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **M7D Corporation**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$8,355,000.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other  _____ | **$32,997,119.94** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other  _____ | **$17,940,416.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | **Royalties** | **$982,346.59** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Royalties** | **$921,047.00** |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | M7D Corporation | Case number *(if known)* |
|--------|-----------------|--------------------------|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  See Attachment Part 3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See Attachment Part 4 | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Tree Line Direct Lending, LP**<br>**c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center**<br>**Suite 2320**<br>**San Francisco, CA 94111** | **(a) all Accounts Receivable; (b) all Leases and Assumed Contracts; (c) all Deposit Accounts and all moneys other than the Wind-Down Amount (as defined in the Credit Agreement); (d) all Equipment; (e) all Inventory other than Excluded Inventory; (f) all Letter-of-Credit Rights; (g) all books and records pertaining to the Specified Collateral;(h) all Intellectual Property including United States and foreign patents, patent rights, patent applications, copyrights and copyright applications, trademarks, trademark rights, patent licenses, copyright licenses, trademark licenses, domain names and name of the registration service for each domain name now owned or used by the Credit Parties; (i) to the extent not otherwise included, all Proceeds and products of any and all of the foregoing and all collateral security and guarantees given by any Person with respect to any of the foregoing** | **10/10/2023** | **$30,000,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    __M7D Corporation_____    Case number *(if known)* _____

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NY State Department of Labor v. M7D Corporation | Assessment of services as contractor or employee | NY State Department of Labor Building 12 W.A. Harriman Campus Albany, NY 12226 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | California Department of Industrial Relations v. M&DCorporation WC-CM-939440 | Assessment of services as contractor or employee | California Department of Industrial Relations Labor Commissioner's Office 320 W 4th ST, STE 450 Los Angeles, CA 90013 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Carnegie Institution Of Washington and M7D Corporation v. Fenix Diamonds LLC, 1:20-cv-00200-JSR | Patent | United States District Court for the Southern District of New York Thurgood Marshall United States Courthou 40 Foley Square New York, NY 10017 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Arbitration between Dakota Labs Inc. and M7D Corporation dba WD Lab Grown Diamonds | Arbitration | Vancouver International Arbitration Centre 500-666 Burrard St Vancouver, BC, Canada V6C 3P6 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | The Plumb Club Association, Inc. v M7D Corporation dba WD Lab Grown Diamonds 652361/2023 | Breach of Contract | Supreme Court of the State of New York County of New York New York County Courthouse 60 Centre St. New York, NY 10007 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor  __M7D Corporation_____  Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:  Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Morris James LLP**<br>**500 Delaware Ave**<br>**Suite 1500**<br>**Wilmington, DE 19801** | | 8/18/2023,<br>9/6/2023,<br>9/19/2023 | $80,000.00 |
| | **Email or website address**<br>**www.morrisjames.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Honigman LLP**<br>**2290 First National Bldg.**<br>**660 Woodward Ave.**<br>**Detroit, MI 48226-3506** | | 8/9/2023,<br>8/17/2023,<br>9/6/2023,<br>9/13/2023 | $209,000.00 |
| | **Email or website address**<br>**www.honigman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

Debtor    __M7D Corporation__                                  Case number *(if known)* _____

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

    | | Address | Dates of occupancy<br>From-To |
    |---|---|---|
    | 14.1. | **8125 North Austin Avenue, Morton Grove**<br>**Morton Grove, IL 60053** | **January 2021 - April 2023** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    > ☐ No Go to Part 10.
    > ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **WD Diamonds 401(k) Plan** | EIN:  **46-0862280** |

    > Has the plan been terminated?
    > ■ No
    > ☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**

Debtor **M7D Corporation** _____    Case number *(if known)* _____

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Impossible Diamonds dba Aether Diamonds 575 5th Avenue, 14th Floor New York, NY 10017 | | BFG (Large filtration device) | Unknown |

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

| Debtor | **M7D Corporation** | Case number *(if known)* | |
|---|---|---|---|

☐ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Oscar Massin**<br>**1230 Avenue of the Americas**<br>**#1635**<br>**New York, NY 10020** | **Diamond Jewelry designer** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Torchia, Michelle**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **4/2020 to Present** |
| 26a.2.  **Veney, Reginald**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **6/2022 to Present** |
| 26a.3.  **Henson, Mel**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **4/2023 to Present** |
| 26a.4.  **Athanosios, Georgette**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **9/2021 to 12/2021** |
| 26a.5.  **Luiza, Joshua**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **1/2022 to 11/2022** |
| 26a.6.  **Nguyen, Mai**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **4/2018 to 10/2021** |
| 26a.7.  **Nash, Don**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **4/2022 to 9/2022** |
| 26a.8.  **Myers, Heather**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **12/2022 to 4/2023** |

Debtor   **M7D Corporation**                                                       Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.9.   **Hitselberger, Tom**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | **12/2020 to 4/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Plante Moran, PLLC**<br>**3000 Town Center, Suite 400**<br>**Southfield, MI 48075** | **9/2021 - 9/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **M7D Corporation**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | |
| 26c.2.   **Newman, Ed**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | |
| 26c.3.   **Torchia, Michelle**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | |
| 26c.4.   **Veney, Reginald**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | |
| 26c.5.   **Henson, Mel**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Tree Line Direct Lending, LP**<br>**c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center**<br>**Suite 2320**<br>**San Francisco, CA 94111** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Debtor | **M7D Corporation** | Case number *(if known)* |
|---|---|---|

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Torchia, Michelle** | **8/23/2023** | **The results of the physical inventory was a writedown of $1795** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Torchia, Michelle**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | **Hitselberger, Tom and Torchia, Michelle** | **1/3/2023** | **A physical inventory of all diamonds (Rough & Gemstones). The results of the inventory was a write up of approximately $335,000 based on the Company's cost value.  However, due to continuing decline in lab grown diamond pricing in the industry, the Company also recorded a lower of cost or market write down of approximately $3.9 million.** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Torchia, Michelle**<br>**6710 Virginia Manor Road**<br>**Beltsville, MD 20705-1289** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Huron Capital** | **500 Griswold Street, Suite 2700**<br>**Detroit, MI 48226** | **Owner** | |
| **Tree Line Direct Lending, LP** | **c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center**<br>**Suite 2320**<br>**San Francisco, CA 94111** | | |
| **Tree Line Credit Strategies, LP** | **c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center, Suite 2320**<br>**San Francisco, CA 94111** | | |
| **Swiss Capital TLCP Private Debt Fund L.P** | **c/o Tree Line Capital Partners, LLC**<br>**3 Embarcadero Center, Suite 2320**<br>**San Francisco, CA 94111** | | |
| **Michael Beauregard** | **[Address on File]** | **Board Member** | |

Debtor  **M7D Corporation**          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Zukas | [Address on File] | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brian Walker | [Address on File] | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mike Grunza | [Address on File] | CEO and Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carl Kubas | [Address on File] | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marty Hurwitz | [Address on File] | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Ciraldo | [Address on File] | Chief Technology Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jonathan Levine-Miles | [Address on File] | Chief Process Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Caleb Wood | [Address on File] | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brittany Lewis | [Address on File] | Chief Marketing Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mel Henson | [Address on File] | Interim Chief Financial Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matt Lacki | [Adress on File] | | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Miki Berardelli | [Adress on File] | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **M7D Corporation** | Case number *(if known)* |
|---|---|---|

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sue Rechner | [Address on File] | Former CEO and Board Member | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tom Hitselberger | [Address on File] | Former Chief Financial Officer | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Elda Fistani | [Address on File] | Former Chief Revenue Officer | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attachment Part 4** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **WD Diamonds Holding, Inc. & Subsidiaries** | **EIN:  83-2827199** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **M7D Corporation**                                    Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 11, 2023**

*[signature]*
Signature of individual signing on behalf of the debtor

**Michael Grunza**
Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Ace Fire Extinguisher Service, Inc. | 5117 College Avenue  College Park, MD 20740 | 9/1/2023 | $1,212.65 | Vendor |
| Ace Fire Extinguisher Service, Inc. Total | | | $1,212.65 | |
| | | | | |
| Adaptive Business Solutions, Inc. | 225 Cedar Hill Road, Suite 200  Marlborough, MA 01752 | 8/17/2023 | $11,074.00 | Vendor |
| Adaptive Business Solutions, Inc. | 225 Cedar Hill Road, Suite 200  Marlborough, MA 01752 | 9/13/2023 | $11,074.00 | Vendor |
| Adaptive Business Solutions, Inc. Total | | | $22,148.00 | |
| | | | | |
| Aerotek | P.O. Box 198531  Atlanta, GA 30384-8531 | 7/21/2023 | $843.20 | Vendor |
| Aerotek | P.O. Box 198531  Atlanta, GA 30384-8531 | 7/27/2023 | $652.80 | Vendor |
| Aerotek | P.O. Box 198531  Atlanta, GA 30384-8531 | 9/8/2023 | $1,400.80 | Vendor |
| Aerotek | P.O. Box 198531  Atlanta, GA 30384-8531 | 9/28/2023 | $163.20 | Vendor |
| Aerotek Total | | | $3,060.00 | |
| | | | | |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 7/21/2023 | $2,231.30 | Vendor |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 8/25/2023 | $4,122.90 | Vendor |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 9/1/2023 | $1,504.69 | Vendor |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 9/8/2023 | $4,012.42 | Vendor |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 9/13/2023 | $903.46 | Vendor |
| Airgas USA, Inc. | 2900 52ND AVE  HYATTSVILLE, MD 20781-1103 | 9/21/2023 | $482.68 | Vendor |
| Airgas USA, Inc. Total | | | $13,257.45 | |
| | | | | |
| Applied Diamond, Inc | 3825 Lancaster Pike  Wilmington, DE 19805 | 8/25/2023 | $3,765.00 | Vendor |
| Applied Diamond, Inc Total | | | $3,765.00 | |
| | | | | |
| Aries | 11 A Beaver Brook Rd  Littleton, MA 01460 | 9/19/2023 | $19,152.00 | Vendor |
| Aries Total | | | $19,152.00 | |
| | | | | |
| Arradiance LLC | 12 Longford Circuit Darch Western Austrailia 6065 | 7/27/2023 | $1,125.00 | Vendor |
| Arradiance LLC Total | | | $1,125.00 | |
| | | | | |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 7/28/2023 | $8,098.33 | Vendor |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 8/10/2023 | $8,098.34 | Vendor |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 8/17/2023 | $8,098.33 | Vendor |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 9/1/2023 | $8,098.33 | Vendor |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 9/8/2023 | $8,098.34 | Vendor |
| Arthur J. Gallagher Risk Management | 250 Park Ave, 5th Flr  New York, NY 10177 | 9/13/2023 | $8,098.33 | Vendor |
| Arthur J. Gallagher Risk Management Total | | | $48,590.00 | |
| | | | | |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 7/21/2023 | $2,296.96 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 7/27/2023 | $861.36 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 9/1/2023 | $4,367.42 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 9/8/2023 | $1,414.78 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 9/13/2023 | $3,876.13 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 9/21/2023 | $3,929.96 | Vendor |
| Aston Carter | 3689 Collection Center Dr.  Chicago, IL 60693 | 9/28/2023 | $6,253.83 | Vendor |
| Aston Carter Total | | | $23,000.44 | |
| | | | | |
| Automotive Investments Co. | 1808 Johns Drive  Glenview, IL 60025 | 7/14/2023 | $1,000.00 | Vendor |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Automotive Investments Co. | 1808 Johns Drive  Glenview, IL 60025 | 7/21/2023 | $1,000.00 | Vendor |
| Automotive Investments Co. | 1808 Johns Drive  Glenview, IL 60025 | 7/27/2023 | $1,000.00 | Vendor |
| Automotive Investments Co. | 1808 Johns Drive  Glenview, IL 60025 | 8/10/2023 | $941.00 | Vendor |
| Automotive Investments Co. Total | | | $3,941.00 | |
| | | | | |
| B.O.S.S. | P.O. Box 91  Owings, MD 20736 | 9/8/2023 | $2,185.56 | Vendor |
| B.O.S.S. | P.O. Box 91  Owings, MD 20736 | 9/13/2023 | $2,462.00 | Vendor |
| B.O.S.S. | P.O. Box 91  Owings, MD 20736 | 9/21/2023 | $2,354.00 | Vendor |
| B.O.S.S. Total | | | $7,001.56 | |
| | | | | |
| BREITLING S.A | Leon Breitling-Strasse 2 2540 Grenchen Grenchen 2540 CH | 8/10/2023 | $5,769.25 | Customer |
| BREITLING S.A | Leon Breitling-Strasse 2 2540 Grenchen Grenchen 2540 CH | 9/21/2023 | $30,733.77 | Customer |
| BREITLING S.A Total | | | $36,503.02 | |
| | | | | |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 7/21/2023 | $15,196.18 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 8/10/2023 | $1,961.24 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 8/17/2023 | $5,019.47 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 8/25/2023 | $1,428.40 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 9/1/2023 | $5,470.58 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 9/8/2023 | $614.84 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 9/13/2023 | $2,577.17 | Vendor |
| Brinks Global Services | P.O. Box 677444  Dallas, TX 75267-7444 | 9/21/2023 | $1,191.03 | Vendor |
| Brinks Global Services Total | | | $33,458.91 | |
| | | | | |
| CARL MARKS ADVISORY GROUP LLC | 900 Third Avenue - 33rd Floor  New York, NY 10022-4775 | 8/4/2023 | $189,643.35 | Vendor |
| CARL MARKS ADVISORY GROUP LLC | 900 Third Avenue - 33rd Floor  New York, NY 10022-4775 | 9/1/2023 | $81,647.57 | Vendor |
| CARL MARKS ADVISORY GROUP LLC Total | | | $271,290.92 | |
| | | | | |
| Catbird NYC LLC | 141 Flushing Ave, Bldg 77 Suite 701 Brooklyn, NY 11205 | 9/20/2023 | $1,637.40 | CC Refund |
| Catbird NYC LLC Total | | | $1,637.40 | |
| | | | | |
| Clean Harbors Environmental Services, Inc | 3527 Whiskey Bottom Road  Laurel, MD 20724 | 9/8/2023 | $1,632.23 | Vendor |
| Clean Harbors Environmental Services, Inc Total | | | $1,632.23 | |
| | | | | |
| Clean Method | 8409 Lee Highway #826  Merrifield, VA 22116 | 7/27/2023 | $6,255.33 | Vendor |
| Clean Method | 8409 Lee Highway #826  Merrifield, VA 22116 | 9/8/2023 | $6,215.05 | Vendor |
| Clean Method | 8409 Lee Highway #826  Merrifield, VA 22116 | 9/13/2023 | $6,255.33 | Vendor |
| Clean Method | 8409 Lee Highway #826  Merrifield, VA 22116 | 9/21/2023 | $6,239.43 | Vendor |
| Clean Method Total | | | $24,965.14 | |
| | | | | |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 7/17/2023 | $250.05 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 7/31/2023 | $467.72 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 8/7/2023 | $1,839.05 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 8/17/2023 | $250.05 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 8/31/2023 | $470.37 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 9/5/2023 | $1,839.05 | Vendor |
| Comcast | PO Box 6505 Chelmsford, MA 01824 | 9/18/2023 | $250.05 | Vendor |
| Comcast Total | | | $5,366.34 | |

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| CT Corporation | PO Box 4349 Carol Stream, IL 60197-4349 | 9/8/2023 | $295.62 | Vendor |
| CT Corporation Total | | | $295.62 | |
| | | | | |
| Dibert Valve & Fittings Co., Inc. | P.O. Box 7699  Richmond, VA 23231 | 9/8/2023 | $104.77 | Vendor |
| Dibert Valve & Fittings Co., Inc. Total | | | $104.77 | |
| | | | | |
| Divvy | 13707 S 200 W Suite 100 Draper, UT 84020 | 7/28/2023 | $35,631.03 | |
| Divvy | 13707 S 200 W Suite 100 Draper, UT 84020 | 8/28/2023 | $35,741.84 | |
| Divvy | 13707 S 200 W Suite 100 Draper, UT 84020 | 9/22/2023 | $47,733.68 | |
| Divvy | 13707 S 200 W Suite 100 Draper, UT 84020 | 9/28/2023 | $2,766.31 | |
| Divvy | 13707 S 200 W Suite 100 Draper, UT 84020 | 10/10/2023 | $23,353.21 | |
| Divvy Total | | | $145,226.07 | |
| | | | | |
| Eastern Lift Truck, Inc | Po Box 307  Maple Shade, NJ 08052 | 9/8/2023 | $649.07 | Vendor |
| Eastern Lift Truck, Inc Total | | | $649.07 | |
| | | | | |
| Eckert Seamans Cherin & Mellott, LLC | 600 Grant Street 44th Floor  Philadelphia, PA 15219 | 9/1/2023 | $670.00 | Vendor |
| Eckert Seamans Cherin & Mellott, LLC Total | | | $670.00 | |
| | | | | |
| Ed Newman | 275 Date Palm Rd, Apt 505 Vero Beach, FL 32963 -1553 | 7/17/2023 | $309.00 | Vendor |
| Ed Newman | 275 Date Palm Rd, Apt 505 Vero Beach, FL 32963 -1553 | 8/23/2023 | $315.37 | Vendor |
| Ed Newman | 275 Date Palm Rd, Apt 505 Vero Beach, FL 32963 -1553 | 9/8/2023 | $55.54 | Vendor |
| Ed Newman | 275 Date Palm Rd, Apt 505 Vero Beach, FL 32963 -1553 | 9/13/2023 | $65.00 | Vendor |
| Ed Newman | 275 Date Palm Rd, Apt 505 Vero Beach, FL 32963 -1553 | 9/21/2023 | $445.46 | Vendor |
| Ed Newman Total | | | $1,190.37 | |
| | | | | |
| Eyelit, Inc | 8 Lenora Drive  West Simsbury, CT 06092-2108 | 9/1/2023 | $10,155.00 | Vendor |
| Eyelit, Inc Total | | | $10,155.00 | |
| | | | | |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 7/31/2023 | $2,682.36 | Vendor |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 9/5/2023 | $7,345.89 | Vendor |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 9/8/2023 | $5,982.37 | Vendor |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 9/14/2023 | $8,106.66 | Vendor |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 9/18/2023 | $8,884.40 | Vendor |
| FedEx | PO Box 371461,  Pittsburgh, PA 15250-7461 | 9/28/2023 | $1,425.03 | Vendor |
| FedEx Total | | | $34,426.71 | |
| | | | | |
| FILMETRICS, INC. | 10655 ROSELLE STREET SUITE 200 SAN DIEGO, CA 92121 | 7/14/2023 | $1,000.00 | Vendor |
| FILMETRICS, INC. Total | | | $1,000.00 | |
| | | | | |
| First National Bank of PA - monthly fee | 4140 E. State Street Hermitage, PA 16148 | 8/8/2023 | $1,042.84 | Vendor |
| First National Bank of PA - monthly fee | 4140 E. State Street Hermitage, PA 16148 | 9/8/2023 | $1,096.41 | Vendor |
| First National Bank of PA - monthly fee Total | | | $2,139.25 | |
| | | | | |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 7/14/2023 | $5,000.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 7/21/2023 | $4,667.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 7/27/2023 | $2,519.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 8/10/2023 | $2,477.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 8/17/2023 | $2,644.00 | Vendor |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 8/25/2023 | $2,487.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 9/1/2023 | $2,328.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 9/8/2023 | $1,096.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. | 580 Fifth Avenue, Suite LL-05  New York, NY 10036 | 9/13/2023 | $2,850.00 | Vendor |
| Gem Certification and Assurance Lab, Inc. Total | | | $26,068.00 | |
| | | | | |
| GIS Benefits | PO Box 1806  San Antonio, TX 78296-1806 | 7/26/2023 | $6,985.17 | Vendor |
| GIS Benefits | PO Box 1806  San Antonio, TX 78296-1806 | 8/28/2023 | $5,488.85 | Vendor |
| GIS Benefits | PO Box 1806  San Antonio, TX 78296-1806 | 9/8/2023 | $5,560.13 | Vendor |
| GIS Benefits | PO Box 1806  San Antonio, TX 78296-1806 | 9/21/2023 | $4,134.14 | Vendor |
| GIS Benefits Total | | | $22,168.29 | |
| | | | | |
| Goldpoint BK CC Refund | 568 Manhattan Avenue #1R Brooklyn NY 11222 | 8/28/2023 | $1,339.84 | Customer |
| Goldpoint BK CC Refund Total | | | $1,339.84 | |
| | | | | |
| Gordon Brothers | 12200 North Corporate Parkway Suite 100 Mequon, WI 53092 | 9/13/2023 | $67,983.01 | Vendor |
| Gordon Brothers Total | | | $67,983.01 | |
| | | | | |
| Harvey W. Hottel Inc. | 18900 Woodfield Road Gaithersburg, MD 20879 | 9/2/2023 | $345.00 | Vendor |
| Harvey W. Hottel Inc. Total | | | $345.00 | |
| | | | | |
| Honigman LLP | 2290 First National Building 660 Woodward Ave Detroit, MI 48226-3506 | 8/9/2023 | $34,000.00 | Vendor |
| Honigman LLP | 2290 First National Building 660 Woodward Ave Detroit, MI 48226-3506 | 8/17/2023 | $50,000.00 | Vendor |
| Honigman LLP | 2290 First National Building 660 Woodward Ave Detroit, MI 48226-3506 | 9/6/2023 | $50,000.00 | Vendor |
| Honigman LLP | 2290 First National Building 660 Woodward Ave Detroit, MI 48226-3506 | 9/13/2023 | $75,000.00 | Vendor |
| Honigman LLP Total | | | $209,000.00 | |
| | | | | |
| Ingersoll Rand | 800-E Beaty Street Davidson, NC 28036 | 9/21/2023 | $4,219.62 | Vendor |
| Ingersoll Rand | 800-E Beaty Street Davidson, NC 28036 | 9/28/2023 | $4,219.62 | Vendor |
| Ingersoll Rand Total | | | $8,439.24 | |
| | | | | |
| International Gemological Institute | 551 Fifth Avenue Suite 700  New York, NY 10176 | 8/17/2023 | $1,392.00 | Vendor |
| International Gemological Institute | 551 Fifth Avenue Suite 700  New York, NY 10176 | 8/25/2023 | $1,253.00 | Vendor |
| International Gemological Institute | 551 Fifth Avenue Suite 700  New York, NY 10176 | 9/1/2023 | $1,226.00 | Vendor |
| International Gemological Institute Total | | | $3,871.00 | |
| | | | | |
| Jeffrey Strang | 8208 Majestic Mountain Dr Boynton Beach FL 33473 | 8/11/2023 | $6,057.00 | Vendor |
| Jeffrey Strang | 8208 Majestic Mountain Dr Boynton Beach FL 33473 | 9/7/2023 | $5,570.51 | Vendor |
| Jeffrey Strang Total | | | $11,627.51 | |
| | | | | |
| John S. Connor  Inc. | P.O. Box 791384  Baltimore, MD 21279 | 9/8/2023 | $424.87 | Vendor |
| John S. Connor  Inc. Total | | | $424.87 | |
| | | | | |
| Kurt J. Lesker | PO Box 951677  Cleveland, OH 44193 | 9/8/2023 | $158.70 | Vendor |
| Kurt J. Lesker Total | | | $158.70 | |
| | | | | |
| Lab Grown Diamond LLC | 37 W. 47 St  Exchange. Suite 800 New York, NY 10036 | 9/8/2023 | $1,266.45 | Vendor |
| Lab Grown Diamond LLC Total | | | $1,266.45 | |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Legal Resources | 2877 Guardian Lane, Suite 101  Virginia Beach, VA 23452 | 7/21/2023 | $369.20 | Vendor |
| Legal Resources | 2877 Guardian Lane, Suite 101  Virginia Beach, VA 23452 | 9/1/2023 | $369.20 | Vendor |
| Legal Resources | 2877 Guardian Lane, Suite 101  Virginia Beach, VA 23452 | 9/8/2023 | $526.11 | Vendor |
| Legal Resources Total | | | $1,264.51 | |
| | | | | |
| Linde Gas & Equipment Inc. | 8025 Dorsey Run Road  Jessup, MD 20794-9326 | 9/8/2023 | $117.57 | Vendor |
| Linde Gas & Equipment Inc. Total | | | $117.57 | |
| | | | | |
| Link Logistics, Inc | PO Box 200712  Dallas, TX 20705-1254 | 8/2/2023 | $73,582.33 | Vendor |
| Link Logistics, Inc | PO Box 200712  Dallas, TX 20705-1254 | 9/5/2023 | $73,582.33 | Vendor |
| Link Logistics, Inc Total | | | $147,164.66 | |
| | | | | |
| Malca-Amit | P.O. Box 345003 Jamaica, NY 11434-9003 | 7/27/2023 | $839.50 | Vendor |
| Malca-Amit | P.O. Box 345003 Jamaica, NY 11434-9003 | 9/1/2023 | $3,600.00 | Vendor |
| Malca-Amit | P.O. Box 345003 Jamaica, NY 11434-9003 | 9/8/2023 | $2,172.03 | Vendor |
| Malca-Amit | P.O. Box 345003 Jamaica, NY 11434-9003 | 9/13/2023 | $2,879.00 | Vendor |
| Malca-Amit | P.O. Box 345003 Jamaica, NY 11434-9003 | 9/21/2023 | $2,890.00 | Vendor |
| Malca-Amit Total | | | $12,380.53 | |
| | | | | |
| Mallick Plumbing & Heating, Inc | 8010 Cessna Avenue  Gaithersburg, MD 20879 | 9/8/2023 | $290.00 | Vendor |
| Mallick Plumbing & Heating, Inc Total | | | $290.00 | |
| | | | | |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 7/21/2023 | $3,394.85 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 8/25/2023 | $8,562.89 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 9/1/2023 | $10,285.13 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 9/8/2023 | $2,948.60 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 9/13/2023 | $5,411.25 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 9/21/2023 | $2,740.23 | Vendor |
| Matheson | 7201 Montevideo Road  Jessup, MD 20794-9313 | 9/28/2023 | $8,325.00 | Vendor |
| Matheson Total | | | $41,667.95 | |
| | | | | |
| Meyer Tool & Mfg. Inc. | 4601 W. Southwest Hwy.  Oak Lawn, IL 60453 | 8/17/2023 | $989.20 | Vendor |
| Meyer Tool & Mfg. Inc. Total | | | $989.20 | |
| | | | | |
| Michael Grunza III | 1125 Merlot Dr  Southlake, TX 76092 | 8/23/2023 | $2,023.75 | Vendor |
| Michael Grunza III | 1125 Merlot Dr  Southlake, TX 76092 | 9/8/2023 | $1,118.48 | Vendor |
| Michael Grunza III Total | | | $3,142.23 | |
| | | | | |
| Michelle Torchia | 518 Whetstone Glen Street  Gaithersburg, MD 20877 | 7/24/2023 | $116.28 | Vendor |
| Michelle Torchia | 518 Whetstone Glen Street  Gaithersburg, MD 20877 | 8/23/2023 | $101.09 | Vendor |
| Michelle Torchia | 518 Whetstone Glen Street  Gaithersburg, MD 20877 | 9/8/2023 | $95.10 | Vendor |
| Michelle Torchia | 518 Whetstone Glen Street  Gaithersburg, MD 20877 | 9/21/2023 | $60.54 | Vendor |
| Michelle Torchia Total | | | $373.01 | |
| | | | | |
| Micro-Machine Inc. | 6718-A Industrial Drive  Beltsville, MD 20705 | 9/8/2023 | $660.00 | Vendor |
| Micro-Machine Inc. Total | | | $660.00 | |
| | | | | |
| MKS Instruments | P.O. Box 3553  Boston, MA 02241-3553 | 7/21/2023 | $5,000.00 | Vendor |
| MKS Instruments | P.O. Box 3553  Boston, MA 02241-3553 | 8/10/2023 | $5,000.00 | Vendor |

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| MKS Instruments | P.O. Box 3553  Boston, MA 02241-3553 | 8/25/2023 | $5,000.00 | Vendor |
| MKS Instruments | P.O. Box 3553  Boston, MA 02241-3553 | 9/8/2023 | $5,000.00 | Vendor |
| MKS Instruments Total | | | $20,000.00 | |
| | | | | |
| Morris James LLC | 500 Delaware Ave Suite 1500 Wilmington, DE 19801 | 8/18/2023 | $10,000.00 | Services |
| Morris James LLC | 500 Delaware Ave Suite 1500 Wilmington, DE 19801 | 9/6/2023 | $20,000.00 | Services |
| Morris James LLC | 500 Delaware Ave Suite 1500 Wilmington, DE 19801 | 9/19/2023 | $50,000.00 | Services |
| Morris James LLC Total | | | $80,000.00 | |
| | | | | |
| NiTel, Inc. | 350 N. Orleans St, Suite 1300N  Chicago, IL 60654 | 8/25/2023 | $1,200.15 | Vendor |
| NiTel, Inc. | 350 N. Orleans St, Suite 1300N  Chicago, IL 60654 | 9/1/2023 | $174.74 | Vendor |
| NiTel, Inc. | 350 N. Orleans St, Suite 1300N  Chicago, IL 60654 | 9/8/2023 | $1,218.90 | Vendor |
| NiTel, Inc. | 350 N. Orleans St, Suite 1300N  Chicago, IL 60654 | 9/13/2023 | $1,198.28 | Vendor |
| NiTel, Inc. Total | | | $3,792.07 | |
| | | | | |
| Nor-Cal Products Inc. | 1967 South Oregon St  Yreka, CA 96097 | 8/17/2023 | $1,171.41 | Vendor |
| Nor-Cal Products Inc. | 1967 South Oregon St  Yreka, CA 96097 | 8/25/2023 | $1,000.00 | Vendor |
| Nor-Cal Products Inc. | 1967 South Oregon St  Yreka, CA 96097 | 9/1/2023 | $1,480.92 | Vendor |
| Nor-Cal Products Inc. Total | | | $3,652.33 | |
| | | | | |
| Northrop Grumman Corporation | 20 Point West Blvd.  St. Charles, MO 63301 | 8/17/2023 | $5,478.00 | Vendor |
| Northrop Grumman Corporation Total | | | $5,478.00 | |
| | | | | |
| Northwestern University - NUANCE Center | 2145 Sheridan Rd Technological Institute A173 Evanston IL 60208 | 9/20/2023 | $888.00 | Vendor |
| Northwestern University - NUANCE Center Total | | | $888.00 | |
| | | | | |
| Nutter, McClennen & Fish LLP | Seaport West 155 Seaport Blvd Boston, MA 02210-2604 | 7/27/2023 | $7,023.73 | Vendor |
| Nutter, McClennen & Fish LLP | Seaport West 155 Seaport Blvd Boston, MA 02210-2604 | 9/1/2023 | $12,000.00 | Vendor |
| Nutter, McClennen & Fish LLP | Seaport West 155 Seaport Blvd Boston, MA 02210-2604 | 9/8/2023 | $10,896.00 | Vendor |
| Nutter, McClennen & Fish LLP Total | | | $29,919.73 | |
| | | | | |
| Old Dominion Freight Line Inc | 500 Old Dominion Way  Thomasville, NC 27360 | 9/8/2023 | $350.00 | Vendor |
| Old Dominion Freight Line Inc Total | | | $350.00 | |
| | | | | |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 7/21/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 8/4/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 8/25/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 9/1/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 9/15/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 9/29/2023 | $355.00 | HSA |
| OPTUM BANK- HSA | P.O. Box 271629 Salt Lake, UT 84127-1629 | 10/10/2023 | $355.00 | HSA |
| OPTUM BANK- HSA Total | | | $2,485.00 | |
| | | | | |
| Paychex | Human Resource Services 1175 John St West Henrietta, NY 14586-9199 | 7/17/2023 | $50.00 | Vendor |
| Paychex | Human Resource Services 1175 John St West Henrietta, NY 14586-9199 | 8/11/2023 | $50.00 | Vendor |
| Paychex | Human Resource Services 1175 John St West Henrietta, NY 14586-9199 | 9/15/2023 | $50.00 | Vendor |
| Paychex Total | | | $150.00 | |
| | | | | |
| Paycor Inc. - Payroll Processing | PO BOX 639860  Cincinnati, OH 45263-9860 | 8/7/2023 | $1,479.23 | PayrollProcessing |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Paycor Inc. - Payroll Processing | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/22/2023 | $4,822.47 | PayrollProcessing |
| Paycor Inc. - Payroll Processing | PO BOX 639860  Cincinnati, OH 45263-9860 | 10/10/2023 | $1,346.20 | PayrollProcessing |
| Paycor Inc. - Payroll Processing Total | | | $7,647.90 | |
| | | | | |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 7/21/2023 | $71,669.43 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 8/4/2023 | $51,769.72 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 8/18/2023 | $50,781.79 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/1/2023 | $48,376.35 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/15/2023 | $72,094.16 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/28/2023 | $43,007.43 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 10/10/2023 | $1,848.74 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes | PO BOX 639860  Cincinnati, OH 45263-9860 | 10/10/2023 | $71,747.14 | Payroll Taxes |
| Paycor Inc. - Payroll Taxes Total | | | $411,294.76 | |
| | | | | |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 7/21/2023 | $149,398.30 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 8/4/2023 | $117,663.53 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 8/18/2023 | $114,487.86 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/1/2023 | $111,667.44 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/15/2023 | $160,902.90 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 9/28/2023 | $111,035.10 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 10/10/2023 | $9,532.60 | Payroll |
| Paycor Inc. - Payroll | PO BOX 639860  Cincinnati, OH 45263-9860 | 10/10/2023 | $187,305.35 | Payroll |
| Paycor Inc. - Payroll Total | | | $961,993.08 | |
| | | | | |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/8/2023 | $2,013.64 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/8/2023 | $968.21 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/10/2023 | $42,534.04 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/11/2023 | $107.59 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/14/2023 | $95,028.50 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 8/16/2023 | $45,482.61 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/6/2023 | $2,031.50 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/6/2023 | $1,018.83 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/7/2023 | $103.83 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/8/2023 | $39,405.87 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/8/2023 | $39,417.12 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 9/8/2023 | $91,363.76 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 10/10/2023 | $1,914.15 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 10/10/2023 | $38,311.09 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 10/10/2023 | $85,408.38 | Service Provider |
| Pepco - Electricity | PO Box 13608 Philadelphia, PA 19101 | 10/10/2023 | $1,005.19 | Service Provider |
| Pepco - Electricity Total | | | $486,114.31 | |
| | | | | |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 7/14/2023 | $8,663.94 | Vendor |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 8/17/2023 | $1,000.00 | Vendor |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 8/25/2023 | $1,000.00 | Vendor |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 9/1/2023 | $1,000.00 | Vendor |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 9/8/2023 | $1,000.00 | Vendor |
| Pfeiffer Vacuum Inc | 24 Trafalgar Square  Nashua, NH 03063-1988 | 9/13/2023 | $1,000.00 | Vendor |
| Pfeiffer Vacuum Inc Total | | | $13,663.94 | |

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 7/14/2023 | $5,055.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 7/21/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 7/27/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 8/10/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 8/17/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 8/25/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 9/1/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 9/8/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 9/13/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 9/21/2023 | $5,357.14 | Vendor |
| Plante Moran, PLLC | 3000 Town Center, Suite 400  Southfield, MI 48075 | 10/10/2023 | $5,000.00 | Vendor |
| Plante Moran, PLLC Total | | | $55,412.14 | |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 7/21/2023 | $17,187.07 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 8/4/2023 | $12,704.81 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 8/18/2023 | $12,247.44 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 9/1/2023 | $11,745.20 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 9/15/2023 | $16,477.25 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 9/28/2023 | $10,513.36 | 401k |
| Principal - 401k | PO Box 9394 Des Moines, IA 50306-9394 | 10/10/2023 | $17,127.11 | 401k |
| Principal - 401k Total | | | $98,002.24 | |
| Principal Life Insurance Company | PO Box 10372  Des Moines, IA 50306-0372 | 7/26/2023 | $760.00 | |
| Principal Life Insurance Company Total | | | $760.00 | |
| Prism Gem LLC dba US Diamond Technologies | 31 W 47TH STREET SUITE 612 NEW YORK, NY 10036 | 9/8/2023 | $380.00 | Vendor |
| Prism Gem LLC dba US Diamond Technologies Total | | | $380.00 | |
| Process Technologies, INC | 619 - R Franklin Street  West Reading, PA 19611 | 9/1/2023 | $1,000.00 | Vendor |
| Process Technologies, INC Total | | | $1,000.00 | |
| Proton Energy Systems, Inc. | d/b/a Nel Hydrogen US 10 Technology Drive Wallingford, CT 06492 | 8/25/2023 | $4,015.19 | Vendor |
| Proton Energy Systems, Inc. Total | | | $4,015.19 | |
| Royal Cup Inc | PO Box 841000  Dallas, TX 75284-1000 | 9/8/2023 | $389.82 | Vendor |
| Royal Cup Inc Total | | | $389.82 | |
| Ruxton Investments LLC - CC Refund | 121 South Royal Street Alexandria, VA 22314 | 8/31/2023 | $3,467.93 | Customer |
| Ruxton Investments LLC - CC Refund | 121 South Royal Street Alexandria, VA 22314 | 9/27/2023 | $5,393.40 | Customer |
| Ruxton Investments LLC - CC Refund Total | | | $8,861.33 | |
| Sheffield and Kearney | 1560 Broadway Suite 1210 New York, NY 10036 | 9/21/2023 | $3,079.45 | Vendor |
| Sheffield and Kearney Total | | | $3,079.45 | |
| Soaring Eagle Consulting, Inc | 235 Apollo Beach Blvd Box 206 Apollo Beach, FL 33572 | 9/28/2023 | $7,500.00 | Vendor |
| Soaring Eagle Consulting, Inc Total | | | $7,500.00 | |
| State Department of Assessment & Taxation | Department of Assessment & Taxation P.O. Box 17052 Baltimore, MD 21297-1052 | 8/28/2023 | $300.00 | Vendor |

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| State Department of Assessment & Taxation Total | | | $300.00 | |
| | | | | |
| Strem Chemicals, Inc | 190 Keystone Drive  Telford, PA 18969 | 9/28/2023 | $1,289.22 | Vendor |
| Strem Chemicals, Inc Total | | | $1,289.22 | |
| | | | | |
| Suntrust Merchant Services | PO Box 2394  Omaha, NE 68103-2394 | 8/11/2023 | $776.86 | Vendor |
| Suntrust Merchant Services | PO Box 2394  Omaha, NE 68103-2394 | 9/11/2023 | $1,432.25 | Vendor |
| Suntrust Merchant Services Total | | | $2,209.11 | |
| | | | | |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 7/14/2023 | $940.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 7/21/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 7/27/2023 | $1,260.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 8/10/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 8/17/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 8/25/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 9/1/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 9/8/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 9/13/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. | 12201-A Distribution Way  Beltsville, MD 20705 | 9/21/2023 | $1,000.00 | Vendor |
| T&M Machine Shop, Inc. Total | | | $10,200.00 | |
| | | | | |
| Technical Glass Products, Inc. | 881 Calendar Boulevard  Painesville, OH 44077 | 9/8/2023 | $5,000.00 | Vendor |
| Technical Glass Products, Inc. Total | | | $5,000.00 | |
| | | | | |
| The ADT Security Corporation | 1501 Yamato Rd  Boca Raton, FL 33431 | 8/7/2023 | $210.03 | Vendor |
| The ADT Security Corporation | 1501 Yamato Rd  Boca Raton, FL 33431 | 9/5/2023 | $210.03 | Vendor |
| The ADT Security Corporation | 1501 Yamato Rd  Boca Raton, FL 33431 | 10/10/2023 | $210.03 | Vendor |
| The ADT Security Corporation Total | | | $630.09 | |
| | | | | |
| The MVEye | 6207 Bee Cave Road  Austin, TX 78746 | 9/13/2023 | $988.52 | Vendor |
| The MVEye Total | | | $988.52 | |
| | | | | |
| The Retirement Advantage, Inc. | PO Box 825  Elm Grove, WI 53122-0825 | 9/21/2023 | $633.25 | Vendor |
| The Retirement Advantage, Inc. Total | | | $633.25 | |
| | | | | |
| Thorlabs Inc | 10335 Guilford Rd  Jessup, NJ 20794 | 8/17/2023 | $4,873.50 | Vendor |
| Thorlabs Inc Total | | | $4,873.50 | |
| | | | | |
| Transform - CC Refund | 7420 Gordon Way  Indianapolis, IN 46237 | 9/5/2023 | $874.35 | Vendor |
| Transform - CC Refund Total | | | $874.35 | |
| | | | | |
| Tree Line Direct Lending, LP | 3 Embarcadero Center, Suite 2320, San Francisco, CA 94111 | 10/10/2023 | $528,638.69 | Vendor |
| Tree Line Direct Lending, LP Total | | | $528,638.69 | |
| | | | | |
| UniFirst Corporation | PO Box 650481  Dallas, TX 75265 | 7/27/2023 | $1,846.54 | Vendor |
| UniFirst Corporation | PO Box 650481  Dallas, TX 75265 | 9/8/2023 | $700.65 | Vendor |
| UniFirst Corporation Total | | | $2,547.19 | |
| | | | | |
| United Health Care | PO Box 94017  Palatine, IL 60094-4017 | 8/10/2023 | $46,812.03 | Vendor |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| United Health Care | PO Box 94017  Palatine, IL 60094-4017 | 9/12/2023 | $46,812.03 | Vendor |
| United Health Care | PO Box 94017  Palatine, IL 60094-4017 | 9/21/2023 | $40,131.00 | Vendor |
| United Health Care Total | | | $133,755.06 | |
| | | | | |
| V360 Technology Inc | 580, 5th Avenue, Suite 421  New York, NY 10036 | 7/14/2023 | $872.00 | Vendor |
| V360 Technology Inc Total | | | $872.00 | |
| | | | | |
| Vancouver International Arbitration Centre | 500-666 Burrard St Vancouver, BC, Canada V6C 3P6 | 10/1/2023 | $11,013.00 | |
| Vancouver International Arbitration Centre Total | | | $11,013.00 | |
| | | | | |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 7/13/2023 | $521.53 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 7/27/2023 | $63.34 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 8/4/2023 | $195.00 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 8/17/2023 | $138.30 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 8/24/2023 | $109.00 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 9/7/2023 | $1,464.35 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 9/14/2023 | $32.35 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 9/29/2023 | $295.00 | Vendor |
| Voya Holdings, Inc | 967 Elm Street  Manchester, NH 03105-1660 | 10/10/2023 | $2,352.43 | Vendor |
| Voya Holdings, Inc Total | | | $5,171.30 | |
| | | | | |
| Washington Gas - 0201 | 6801 Industrial Rd  Springfield, VA 22151 | 8/3/2023 | $25.36 | Vendor |
| Washington Gas - 0201 | 6801 Industrial Rd  Springfield, VA 22151 | 8/31/2023 | $25.36 | Vendor |
| Washington Gas - 0201 Total | | | $50.72 | |
| | | | | |
| Washington Gas - 0718 - 8605 | 6801 Industrial Rd  Springfield, VA 22151 | 8/3/2023 | $25.36 | Vendor |
| Washington Gas - 0718 - 8605 | 6801 Industrial Rd  Springfield, VA 22151 | 8/31/2023 | $25.36 | Vendor |
| Washington Gas - 0718 - 8605 Total | | | $50.72 | |
| | | | | |
| Washington Gas - 2215 | 6801 Industrial Rd  Springfield, VA 22151 | 8/7/2023 | $234.60 | Vendor |
| Washington Gas - 2215 | 6801 Industrial Rd  Springfield, VA 22151 | 8/31/2023 | $93.64 | Vendor |
| Washington Gas - 2215 Total | | | $328.24 | |
| | | | | |
| Washington Gas - 4826 | 6801 Industrial Rd  Springfield, VA 22151 | 8/3/2023 | $72.00 | Vendor |
| Washington Gas - 4826 | 6801 Industrial Rd  Springfield, VA 22151 | 8/31/2023 | $72.00 | Vendor |
| Washington Gas - 4826 Total | | | $144.00 | |
| | | | | |
| Washington Gas -1328 - 8068 | 6801 Industrial Rd  Springfield, VA 22151 | 8/3/2023 | $25.36 | Vendor |
| Washington Gas -1328 - 8068 | 6801 Industrial Rd  Springfield, VA 22151 | 8/31/2023 | $25.36 | Vendor |
| Washington Gas -1328 - 8068 Total | | | $50.72 | |
| | | | | |
| Willis Towers Watson Northeast, Inc. | PO Box 4557  New York, NY 10249-4557 | 7/27/2023 | $13,325.00 | Vendor |
| Willis Towers Watson Northeast, Inc. | PO Box 4557  New York, NY 10249-4557 | 8/25/2023 | $13,325.00 | Vendor |
| Willis Towers Watson Northeast, Inc. | PO Box 4557  New York, NY 10249-4557 | 9/1/2023 | $13,325.00 | Vendor |
| Willis Towers Watson Northeast, Inc. | PO Box 4557  New York, NY 10249-4557 | 9/13/2023 | $13,325.00 | Vendor |
| Willis Towers Watson Northeast, Inc. | PO Box 4557  New York, NY 10249-4557 | 9/21/2023 | $40,942.50 | Vendor |
| Willis Towers Watson Northeast, Inc. Total | | | $94,242.50 | |
| | | | | |
| WWEX Investment Holdings, LLC | PO BOX 21272  NEW YORK, NY 10087 | 9/1/2023 | $152.72 | Vendor |

Attachment Part 3

| Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment |
|---|---|---|---|---|
| WWEX Investment Holdings, LLC | PO BOX 21272  NEW YORK, NY 10087 | 9/8/2023 | $398.36 | Vendor |
| WWEX Investment Holdings, LLC | PO BOX 21272  NEW YORK, NY 10087 | 9/13/2023 | $1,903.34 | Vendor |
| WWEX Investment Holdings, LLC | PO BOX 21272  NEW YORK, NY 10087 | 9/21/2023 | $224.33 | Vendor |
| WWEX Investment Holdings, LLC Total | | | $2,678.75 | |
| | | | | |
| Total | | | $4,291,075.71 | |

| Insider | Address | Payment | Date | | Amount |
|---|---|---|---|---|---|
| Brittany Lewis - Chief Marketing Officer | Address on File | Payroll | 10/14/2022 | $ | 8,783.66 |
| | | Payroll | 10/28/2022 | $ | 8,783.66 |
| | | Payroll | 11/11/2022 | $ | 8,783.66 |
| | | Expense Reimbursement | 11/14/2022 | $ | 299.41 |
| | | Payroll | 11/25/2022 | $ | 8,783.66 |
| | | Payroll | 12/9/2022 | $ | 8,783.66 |
| | | Payroll | 12/23/2022 | $ | 8,783.66 |
| | | Payroll | 1/6/2023 | $ | 8,783.66 |
| | | Payroll | 1/20/2023 | $ | 8,783.66 |
| | | Payroll | 2/3/2023 | $ | 8,783.66 |
| | | Payroll | 2/17/2023 | $ | 8,783.66 |
| | | Payroll | 3/3/2023 | $ | 8,783.66 |
| | | Payroll | 3/17/2023 | $ | 8,783.66 |
| | | Payroll | 3/31/2023 | $ | 8,783.66 |
| | | Payroll | 4/14/2023 | $ | 8,783.66 |
| | | Payroll | 4/28/2023 | $ | 8,783.66 |
| | | Payroll | 5/12/2023 | $ | 8,783.66 |
| | | Payroll | 5/26/2023 | $ | 8,783.66 |
| | | Payroll | 6/9/2023 | $ | 8,783.66 |
| | | Payroll | 6/23/2023 | $ | 8,783.66 |
| | | Payroll | 7/7/2023 | $ | 8,783.66 |
| | | Payroll | 7/21/2023 | $ | 8,783.66 |
| | | Payroll | 8/4/2023 | $ | 8,783.66 |
| | | Payroll | 8/18/2023 | $ | 8,783.66 |
| | | Payroll | 9/1/2023 | $ | 8,783.66 |
| | | Payroll | 9/15/2023 | $ | 8,783.66 |
| | | Payroll | 9/29/2023 | $ | 8,783.66 |
| | | Payroll | 10/10/2023 | $ | 20,568.49 |
| **Brittany Lewis Total** | | | | $ | 249,243.06 |
| | | | | | |
| Caleb Wood - Chief Operating Officer | Address on File | Payroll | 10/14/2022 | $ | 10,576.92 |
| | | Payroll | 10/28/2022 | $ | 9,615.39 |
| | | Payroll | 11/11/2022 | $ | 9,615.39 |
| | | Payroll | 11/25/2022 | $ | 9,615.39 |
| | | Payroll | 12/9/2022 | $ | 9,615.39 |
| | | Payroll | 12/23/2022 | $ | 9,615.39 |
| | | Payroll | 1/6/2023 | $ | 9,615.39 |

| Insider | Address | Payment | Date | Amount | |
|---|---|---|---|---|---|
| | | Payroll | 1/20/2023 | $ | 9,615.39 |
| | | Payroll | 2/3/2023 | $ | 9,615.39 |
| | | Payroll | 2/17/2023 | $ | 9,615.39 |
| | | Payroll | 3/3/2023 | $ | 9,615.39 |
| | | Payroll | 3/17/2023 | $ | 9,615.39 |
| | | Payroll | 3/31/2023 | $ | 9,615.39 |
| | | Payroll | 4/14/2023 | $ | 9,615.39 |
| | | Payroll | 4/28/2023 | $ | 9,615.39 |
| | | Payroll | 5/12/2023 | $ | 9,615.39 |
| | | Payroll | 5/26/2023 | $ | 9,615.39 |
| | | Payroll | 6/9/2023 | $ | 9,615.39 |
| | | Expense Reimbursement | 6/22/2023 | $ | 687.81 |
| | | Payroll | 6/23/2023 | $ | 9,615.39 |
| | | Payroll | 7/7/2023 | $ | 9,615.39 |
| | | Payroll | 7/21/2023 | $ | 9,615.39 |
| | | Payroll | 8/4/2023 | $ | 9,615.39 |
| | | Payroll | 8/18/2023 | $ | 9,615.39 |
| | | Payroll | 9/1/2023 | $ | 9,615.39 |
| | | Payroll | 9/15/2023 | $ | 9,615.39 |
| | | Payroll | 9/29/2023 | $ | 9,615.39 |
| | | Payroll | 10/10/2023 | $ | 23,476.90 |
| Caleb Wood Total | | | | $ | 275,126.38 |
| | | | | | |
| Carl Kubas - Board Member | Address on File | Board Fees | 12/29/2022 | $ | 12,500.00 |
| Carl Kubas Total | | | | $ | 12,500.00 |
| | | | | | |
| Elda Fistani - former Chief Revenue Officer | Address on File | Payroll | 10/14/2022 | $ | 8,846.15 |
| | | Payroll | 10/28/2022 | $ | 8,846.15 |
| | | Payroll | 11/11/2022 | $ | 8,846.15 |
| | | Payroll | 11/25/2022 | $ | 8,846.15 |
| | | Payroll | 12/9/2022 | $ | 8,846.15 |
| | | Payroll | 12/23/2022 | $ | 8,846.15 |
| | | Payroll | 1/6/2023 | $ | 8,846.15 |
| | | Expense Reimbursement | 1/12/2023 | $ | 30.75 |
| | | Payroll | 1/20/2023 | $ | 8,846.15 |
| | | Expense Reimbursement | 1/23/2023 | $ | 57.25 |
| | | Payroll | 2/3/2023 | $ | 8,846.15 |

| Insider | Address | Payment | Date | Amount |
|---------|---------|---------|------|--------|
|  |  | Payroll | 2/17/2023 | $ 8,846.15 |
|  |  | Expense Reimbursement | 3/2/2023 | $ 30.61 |
|  |  | Payroll | 3/3/2023 | $ 8,846.15 |
|  |  | Expense Reimbursement | 3/10/2023 | $ 40.00 |
|  |  | Payroll | 3/17/2023 | $ 8,846.15 |
|  |  | Payroll | 3/31/2023 | $ 8,846.15 |
|  |  | Payroll | 4/14/2023 | $ 8,846.15 |
|  |  | Expense Reimbursement | 4/27/2023 | $ 96.40 |
|  |  | Payroll | 4/28/2023 | $ 8,846.15 |
|  |  | Payroll | 5/12/2023 | $ 8,846.15 |
|  |  | Payroll | 5/26/2023 | $ 8,846.15 |
|  |  | Payroll | 6/9/2023 | $ 8,846.15 |
|  |  | Payroll | 6/23/2023 | $ 15,799.54 |
| Elda Fistani Total |  |  |  | $ 175,285.25 |
|  |  |  |  |  |
| Huron Capital - owner | Address on File | Board Travel | 12/22/2022 | $ 3,839.41 |
|  |  | Board Travel | 6/5/2023 | $ 4,303.49 |
| Huron Capital - Total |  |  |  | $ 8,142.90 |
|  |  |  |  |  |
| John Ciraldo - Chief Technology Officer | Address on File | Payroll | 10/14/2022 | $ 8,461.54 |
|  |  | Payroll | 10/28/2022 | $ 8,076.93 |
|  |  | Expense Reimbursement | 11/10/2022 | $ 17.75 |
|  |  | Payroll | 11/11/2022 | $ 8,076.93 |
|  |  | Payroll | 11/25/2022 | $ 8,076.93 |
|  |  | Payroll | 12/9/2022 | $ 8,076.93 |
|  |  | Payroll | 12/23/2022 | $ 8,076.93 |
|  |  | Payroll | 1/6/2023 | $ 8,076.93 |
|  |  | Payroll | 1/20/2023 | $ 8,076.93 |
|  |  | Payroll | 2/3/2023 | $ 8,076.93 |
|  |  | Payroll | 2/17/2023 | $ 8,076.93 |
|  |  | Payroll | 3/3/2023 | $ 8,076.93 |
|  |  | Payroll | 3/17/2023 | $ 8,076.93 |
|  |  | Expense Reimbursement | 3/21/2023 | $ 277.83 |
|  |  | Payroll | 3/31/2023 | $ 8,076.93 |
|  |  | Payroll | 4/14/2023 | $ 8,076.93 |
|  |  | Payroll | 4/28/2023 | $ 8,076.93 |
|  | 3 of 7 | Expense Reimbursement | 5/5/2023 | $ 94.97 |

| Insider | Address | Payment | Date | Amount |
|---|---|---|---|---|
| | | Payroll | 5/12/2023 | $ 8,076.93 |
| | | Payroll | 5/26/2023 | $ 8,076.93 |
| | | Expense Reimbursement | 6/6/2023 | $ 318.33 |
| | | Payroll | 6/9/2023 | $ 28,551.93 |
| | | Payroll | 6/23/2023 | $ 8,076.93 |
| | | Expense Reimbursement | 7/6/2023 | $ 35.68 |
| | | Payroll | 7/7/2023 | $ 8,076.93 |
| | | Payroll | 7/21/2023 | $ 8,076.93 |
| | | Payroll | 8/4/2023 | $ 8,076.93 |
| | | Payroll | 8/18/2023 | $ 8,076.93 |
| | | Payroll | 9/1/2023 | $ 8,076.93 |
| | | Payroll | 9/15/2023 | $ 43,776.93 |
| | | Payroll | 9/29/2023 | $ 8,076.93 |
| | | Payroll | 10/10/2023 | $ 16,502.04 |
| John Ciraldo Total | | | | $ 283,806.39 |
| | | | | |
| Jonathan Levine-Miles - Chief Process Officer | Address on File | Payroll | 10/14/2022 | $ 8,461.54 |
| | | Payroll | 10/28/2022 | $ 8,076.93 |
| | | Payroll | 11/11/2022 | $ 8,076.93 |
| | | Payroll | 11/25/2022 | $ 8,076.93 |
| | | Payroll | 12/9/2022 | $ 8,076.93 |
| | | Payroll | 12/23/2022 | $ 8,076.93 |
| | | Payroll | 1/6/2023 | $ 8,076.93 |
| | | Payroll | 1/20/2023 | $ 8,076.93 |
| | | Payroll | 2/3/2023 | $ 8,076.93 |
| | | Payroll | 2/17/2023 | $ 8,076.93 |
| | | Payroll | 3/3/2023 | $ 8,076.93 |
| | | Payroll | 3/17/2023 | $ 8,076.93 |
| | | Payroll | 3/31/2023 | $ 8,076.93 |
| | | Payroll | 4/14/2023 | $ 8,076.93 |
| | | Payroll | 4/28/2023 | $ 8,076.93 |
| | | Payroll | 5/12/2023 | $ 8,076.93 |
| | | Payroll | 5/26/2023 | $ 8,076.93 |
| | | Payroll | 6/9/2023 | $ 31,701.93 |
| | | Payroll | 6/23/2023 | $ 8,076.93 |
| | | Payroll | 7/7/2023 | $ 8,076.93 |
| | | Payroll | 7/21/2023 | $ 8,076.93 |

Attachment Part 4

| Insider | Address | Payment | Date | Amount |
|---|---|---|---|---|
| | | Payroll | 8/4/2023 | $ 8,076.93 |
| | | Payroll | 8/18/2023 | $ 8,076.93 |
| | | Payroll | 9/1/2023 | $ 8,076.93 |
| | | Payroll | 9/15/2023 | $ 26,451.93 |
| | | Payroll | 9/29/2023 | $ 8,076.93 |
| | | Payroll | 10/10/2023 | $ 21,348.12 |
| **Jonathan Levine-Miles Total** | | | | $ 273,732.91 |
| | | | | |
| Marty Hurwitz - Board Member | Address on File | Board Fees/Travel | 12/29/2022 | $ 32,304.89 |
| | | Board Fees | 4/27/2023 | $ 30,000.00 |
| | | Board Travel | 9/13/2023 | $ 988.52 |
| **Marty Hurwitz Total** | | | | $ 63,293.41 |
| | | | | |
| Mike Grunza - CEO & Board Member | Address on File | Expense Reimbursement | 10/18/2022 | $ 3,190.16 |
| | | Expense Reimbursement | 10/26/2022 | $ 2,412.40 |
| | | Expense Reimbursement | 11/1/2022 | $ 1,692.72 |
| | | Expense Reimbursement | 11/15/2022 | $ 5,315.27 |
| | | Expense Reimbursement | 11/30/2022 | $ 3,489.18 |
| | | Expense Reimbursement | 12/15/2022 | $ 2,883.48 |
| | | Expense Reimbursement | 12/16/2022 | $ 112.56 |
| | | Expense Reimbursement | 1/4/2023 | $ 3,729.18 |
| | | Board Fees | 1/4/2023 | $ 12,500.01 |
| | | Expense Reimbursement | 1/31/2023 | $ 3,996.68 |
| | | Expense Reimbursement | 2/8/2023 | $ 602.00 |
| | | Expense Reimbursement | 2/16/2023 | $ 236.88 |
| | | Expense Reimbursement | 3/14/2023 | $ 11,447.01 |
| | | Expense Reimbursement | 3/24/2023 | $ 4,290.73 |
| | | Payroll | 3/31/2023 | $ 15,384.62 |
| | | Expense Reimbursement | 4/5/2023 | $ 3,202.67 |
| | | Payroll | 4/14/2023 | $ 15,384.62 |
| | | Expense Reimbursement | 4/14/2023 | $ 1,354.30 |
| | | Expense Reimbursement | 4/18/2023 | $ 547.33 |
| | | Payroll | 4/28/2023 | $ 15,384.62 |
| | | Expense Reimbursement | 5/1/2023 | $ 134.82 |
| | | Expense Reimbursement | 5/9/2023 | $ 1,271.44 |
| | | Payroll | 5/12/2023 | $ 32,307.70 |
| | | Payroll | 5/26/2023 | $ 30,769.24 |

Attachment Part 4

| Insider | Address | Payment | Date | | Amount |
|---|---|---|---|---|---|
| | | Expense Reimbursement | 6/2/2023 | $ | 4,197.49 |
| | | Payroll | 6/9/2023 | $ | 30,769.24 |
| | | Expense Reimbursement | 6/20/2023 | $ | 701.11 |
| | | Payroll | 6/23/2023 | $ | 30,769.24 |
| | | Payroll | 7/7/2023 | $ | 30,769.24 |
| | | Payroll | 7/21/2023 | $ | 15,384.62 |
| | | Payroll | 8/4/2023 | $ | 15,384.62 |
| | | Payroll | 8/18/2023 | $ | 15,384.62 |
| | | Expense Reimbursement | 8/23/2023 | $ | 2,023.75 |
| | | Payroll | 9/1/2023 | $ | 15,384.62 |
| | | Expense Reimbursement | 9/8/2023 | $ | 1,118.48 |
| | | Payroll | 9/15/2023 | $ | 15,384.62 |
| | | Payroll | 9/29/2023 | $ | 15,384.62 |
| | | Payroll | 10/10/2023 | $ | 36,025.01 |
| **Mike Grunza Total** | | | | $ | 400,320.90 |
| | | | | | |
| Sue Rechner - former CEO/Board Member | Address on File | Payroll | 10/14/2022 | $ | 18,799.39 |
| | | Payroll | 10/28/2022 | $ | 15,384.62 |
| | | Payroll | 11/11/2022 | $ | 15,384.62 |
| | | Payroll | 11/25/2022 | $ | 15,384.62 |
| | | Payroll | 12/9/2022 | $ | 15,384.62 |
| | | Payroll | 12/23/2022 | $ | 15,384.62 |
| | | Payroll | 1/6/2023 | $ | 15,384.62 |
| | | Payroll | 1/20/2023 | $ | 15,384.62 |
| | | Payroll | 2/3/2023 | $ | 15,384.62 |
| | | Payroll | 2/8/2023 | $ | 215,561.46 |
| **Sue Rechner Total** | | | | $ | 357,437.81 |
| | | | | | |
| Tom Hitselberger - former CFO | Address on File | Payroll | 10/14/2022 | $ | 10,576.94 |
| | | Payroll | 10/28/2022 | $ | 9,615.39 |
| | | Payroll | 11/11/2022 | $ | 9,615.39 |
| | | Payroll | 11/25/2022 | $ | 9,615.39 |
| | | Payroll | 12/9/2022 | $ | 9,615.39 |
| | | Payroll | 12/23/2022 | $ | 9,615.39 |
| | | Payroll | 1/6/2023 | $ | 9,615.39 |
| | | Payroll | 1/20/2023 | $ | 9,615.39 |
| | | Payroll | 2/3/2023 | $ | 9,615.39 |

Attachment Part 4

| Insider | Address | Payment | Date | | Amount |
|---|---|---|---|---|---|
| | | Payroll | 2/17/2023 | $ | 9,615.39 |
| | | Payroll | 3/3/2023 | $ | 9,615.39 |
| | | Payroll | 3/17/2023 | $ | 9,615.39 |
| | | Payroll | 3/31/2023 | $ | 9,615.39 |
| | | Payroll | 4/14/2023 | $ | 9,615.39 |
| | | Payroll | 4/28/2023 | $ | 17,105.51 |
| Tom Hitselberger Total | | | | $ | 152,682.52 |
| | | | Total | $ | 2,251,571.53 |