MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dakota Labs Inc.

                    Plaintiff(s),

v.

Huron Capital Partners LLC and Michael Grunza III

                    Defendant(s).
_____/

Case No. 2:24-cv-10922

Hon. Susan K. DeClercq

Hon. David R. Grand

**STATEMENT OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, Huron Capital Partners LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.   Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes ☐     No ☑

     If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

     Parent Corporation/Affiliate Name:
     Relationship with Named Party:

2.   Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

     Yes ☐     No ☑

     If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

     Parent Corporation/Affiliate Name:
     Nature of Financial Interest:

Date: June 5, 2024

/s/ Nick Gorga (P72297)

2290 First National Building
660 Woodward Ave.
Detroit, MI 48226
313-465-7402
ngorga@honigman.com