UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS INC.,

        Plaintiff,

vs.

HURON CAPITAL PARTNERS LLC
and MICHAEL GRUNZA III,

        Defendants.
_____/

Case No. 2:24-cv-10922
Hon. Susan K. DeClercq

### DEFENDANTS' DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2)

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendants Huron Capital Partners LLC and Michael Grunza III file this disclosure statement naming and identifying the citizenship of every individual and entity whose citizenship is attributable to Defendants:

**I.**    **Huron Capital Partners LLC**

Huron Capital Partners LLC's sole member is Huron Capital Partners L.P.

Huron Capital Partners L.P.'s members, and their respective citizenships, are as follows: (i) Brian Demkowicz: citizen of Michigan; (ii) Michael Beauregard: citizen of Michigan; (iii) Peter Mogk: citizen of Michigan; (iv) James Mahoney: citizen of Michigan; and (v) Huron Capital Partners UGP LLC.

Huron Capital Partners UGP LLC's members, and their respective citizenships, are as follows: (i) Brian Demkowicz: citizen of Michigan; (ii) Michael Beauregard: citizen of Michigan; (iii) Peter Mogk: citizen of Michigan; and (iv) James Mahoney: citizen of Michigan.

## II. <u>Michael Grunza III</u>

Michael Grunza III is a citizen of Texas.

Dated: June 5, 2024

Respectfully submitted,

HONIGMAN LLP

By: /s/ *Nick Gorga*
    Nick Gorga (P72297)
    Shannon C. Duggan (P83211)
    Jalen R. Farmer (P86859)
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
(313) 465-7402
ngorga@honigman.com
sduggan@honigman.com
jfarmer@honigman.com

*Attorneys for Defendants Huron Capital Partners LLC and Michael Grunza III*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

/s/ *Nick Gorga*
Nick Gorga (P72297)

Dated: June 5, 2024