IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Dakota Labs Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:24-cv-10922 ) ) Hon. Susan K. DeClercq |
| Huron Capital Partners LLC and Michael Grunza III, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF RONALD Y. ROTHSTEIN IN SUPPORT OF
PLAINTIFF DAKOTA LABS INC.'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

I, Ronald Y. Rothstein, declare as follows:

1. I am an attorney admitted to practice in the U.S. District Court for the Eastern District of Michigan and a partner at the law firm of Winston & Strawn LLP, counsel for Plaintiff Dakota Labs Inc. in this matter. I have personal knowledge of the facts herein and, if called as a witness, could and would competently testify to the same.

2. Attached hereto as Exhibit A is a true and correct copy of information provided by the Delaware Department of State, Division of Corporations on its website concerning WD Advanced Materials LLC showing a formation date of

1

September 11, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of https://www.wdadvancedmaterials.com/advanced-materials-2, cited in paragraph 60 of the Complaint in this matter (Dkt. No. 1), as it appeared on January 12, 2024.

4. Attached hereto as Exhibit C is a true and correct copy of a June 4–5, 2024 email chain between myself and counsel for Defendants Huron Capital Partners LLC and Michael Grunza III. It contains all of the parties' communications concerning Defendants' attempt to obtain consent to the relief sought in their motion to dismiss. Defendants did not contact counsel for Plaintiff about the relief sought in Defendants' motion to dismiss until the afternoon of June 4, 2024, the day before they filed said motion. Defendants did not state that one of the grounds of their motion was their belief that "plaintiffs' claims belong to the trustee in the pending M7D bankruptcy case" until the morning of June 5, 2024, the day they filed said motion.

5. Attached hereto as Exhibit D is a true and correct copy of https://www.huroncapital.com/portfolio/wd-lab-grown-diamonds/ as it appeared on January 12, 2024. The webpage's footer (page 3 of the exhibit) identifies the website as belonging to Defendant Huron Capital Partners LLC, and the body identifies WD Lab Grown Diamonds as one of "our companies."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois this 26th day of June, 2024.

*/s/ Ronald Y. Rothstein*
Ronald Y. Rothstein
