IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| Dakota Labs Inc., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Case No.: 2:24-cv-10922 |
| v. | ) | Hon. Susan K. DeClercq |
| Huron Capital Partners LLC and Michael Grunza III, | ) | |
| Defendants. | ) | |

INDEX OF EXHIBITS TO
DECLARATION OF RONALD Y. ROTHSTEIN IN SUPPORT OF
PLAINTIFF DAKOTA LABS INC.'S
OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

| Exhibit | Description |
| --- | --- |
| A | Delaware Department of State, Division of Corporations Entity Details — WD Advanced Materials LLC (accessed June 10, 2024) |
| B | Advanced Materials by WD Lab Grown Diamonds, https://www.wdadvancedmaterials.com/advanced-materials-2 (accessed Jan. 12, 2024) |
| C | Email chain between R. Rothstein, N. Gorga, and S. Duggan (June 4–5, 2024) |
| D | WD Lab Grown Diamonds – Huron Capital, https://www.huroncapital.com/portfolio/wd-lab-grown-diamonds/ (accessed Jan. 12, 2024) |