UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS INC.,

                Plaintiff,

vs.

HURON CAPITAL PARTNERS LLC
and MICHAEL GRUNZA III,

                Defendants.

_____/

Case No. 2:24-cv-10922
Hon. Susan K. DeClercq

**JOINT STIPULATION AND ORDER**

Plaintiff Dakota Labs Inc. ("Plaintiff") and Defendants Huron Capital Partners LLC and Michael Grunza III ("Defendants"), by and through their undersigned counsel, submit this Joint Stipulation under Civil Rule 6(b)(1) to extend Defendants' deadline to file their Reply brief in further support of their Motion to Dismiss (ECF No. 16) to July 17, 2024, for good cause stated herein.

1.    Plaintiff filed its Complaint in the above-captioned action on April 9, 2024.  (ECF No. 1.)

2.    Defendants filed a Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) on June 5, 2024.  (ECF No. 16.)

3.    Plaintiff filed its Response to Defendants' Motion to Dismiss on June 6, 2024.  (ECF No. 20.)

4.     Defendants' Reply brief in further support of their Motion to Dismiss is currently due to be filed by July 10, 2024.

5.     Defendants respectfully submit that good cause exists for a one-week extension of time for Defendants to file a Reply brief in further support of their Motion to Dismiss in light of the upcoming Fourth of July holiday, during which Defendants' counsel's offices are closed on July 4 and July 5, 2024 and lead counsel for Defendants is on vacation from June 30 to July 7, 2024.  Plaintiff has no objection.

6.     Defendants respectfully submit that the proposed extension is not requested for the purpose of delay and will not unduly prejudice any party.  Plaintiff has no objection.

7.     For the foregoing reasons, the parties agree that Defendants shall have an additional seven (7) days, or until **July 17, 2024**, to file their Reply brief.

**IT IS SO STIPULATED and AGREED**.

Dated: July 3, 2024

*/s/ Ronald Y. Rothstein (w/ permission)*          By:  */s/ Nick Gorga*
Ronald Y. Rothstein                                Nick Gorga (P72297)
Winston and Strawn                                 Shannon C. Duggan (P83211)
35 W. Wacker Drive, Suite 3600                     Jalen R. Farmer (P86859)
Chicago, IL 60601                                  Honigman LLP
(312) 558-7464                                      660 Woodward Avenue
rrothste@winston.com                               2290 First National Building
                                                   Detroit, MI 48226
*Attorneys for Plaintiff*                           (313) 465-7402
                                                   ngorga@honigman.com
                                                   sduggan@honigman.com
                                                   jfarmer@honigman.com

                                                   *Attorneys for Defendants*

**IT IS SO ORDERED.**

                                                   */s/Susan K. DeClercq*
                                                   SUSAN K. DeCLERCQ
                                                   United States District Judge

Dated: July 3, 2024

3