UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Dakota Labs Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Huron Capital Partners LLC and Michael )<br>Grunza III, )<br>)<br>Defendants. ) | Case No.: 2:24-cv-10922<br><br>Hon. Susan K. DeClercq |

**JOINT STIPULATION AND ORDER**

Plaintiff Dakota Labs Inc. ("Plaintiff") and Defendants Huron Capital Partners LLC and Michael Grunza III ("Defendants"), by and through their undersigned counsel, submit this Joint Stipulation under Civil Rule 6(b)(1) to extend the briefing schedule on the Court's Order Directing Supplemental Briefing (ECF No. 25) to February 20, 2025, for good cause stated herein.

1. On June 5, 2024, Defendants filed a motion to dismiss the Complaint, on June 26, 2024, Plaintiff opposed the motion, and on July 17, 2024, Defendants filed their reply.

2. On January 10, 2025, this Court entered an Order Directing Supplemental Briefing and directed the Parties to file their briefs on January 30, 2025.

3. The extension is needed because counsel for Plaintiff is taking six depositions this month in a large commercial case requiring virtually all of his time through January 30, 2025.

4. Accordingly, Plaintiff requested via email on January 13, 2025, that Defendants agree to extend the deadline to file supplemental briefing to February 20, 2025. Defendants stipulated and agreed to this request.

5. The Parties respectfully submit that the proposed extension is not requested for the purpose of delay and will not unduly prejudice any party. For the foregoing reasons, the Parties agree that the present deadline for the Parties to file supplemental briefing pursuant to the Court's January 10, 2025 Order should be extended to February 20, 2025.

**IT IS SO STIPULATED and AGREED.**

| | |
|---|---|
| */s/ Ronald Y. Rothstein* | */s/ with consent of Nick Gorga* |
| Ronald Y. Rothstein | Nick Gorga (P72297) |
| John R. McNair (P86720) | Shannon C. Duggan (P83211) |
| WINSTON & STRAWN LLP | Jalen R. Farmer (P86859) |
| 35 West Wacker Drive | Honigman LLP |
| Chicago, Illinois 60601 | 660 Woodward Avenue |
| (312) 558-7464 | 2290 First National Building |
| RRothstein@winston.com | Detroit, MI 48226 |
| JMcNair@winston.com | (313) 465-7640 |
| | ngorga@honigman.com |
| *Attorneys for Plaintiff* | sduggan@honigman.com |
| | jfarmer@honigman.com |
| | *Attorneys for Defendants* |

**IT IS SO ORDERED.**

                                                                                                                 s/Susan K. DeClercq
                                                                                                                 SUSAN K. DeCLERCQ
                                                                                                                 United States District Judge

Dated: January 23, 2025