UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Dakota Labs, Inc.

        Plaintiff(s),

v.

Huron Capital Partners LLC, et. al,

        Defendant(s).
_____/

Case No. 24-10922

Judge  Susan K. DeClercq

Magistrate Judge  David R. Grand

**NOTICE OF CORRECTION**

Docket entry number __31__, filed __4/16/2025__, has been modified. The explanation for the correction is stated below.

- ☐ The docket entry was made on the wrong case.
- ☐ The corresponding document image was missing or incomplete.
- ☐ The wrong document image was associated.
- ☐ The wrong judicial officer was listed on the case docket.
- ☐ The filer information was inaccurate or omitted from the docket text.
- ☐ The judicial officer information was inaccurate or omitted from the docket text.
- ☐ The docket text was changed *to include the Partial Payment Order.*
- ☑ Other:  No NEF was sent.

If you need further clarification or assistance, please contact __K. Brown__ at __234-5136__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: April 16, 2025

s/K. Brown
Deputy Clerk