AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Dakota Labs Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-10922 |
| Huron Capital Partners LLC and Michael Grunza | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dakota Labs Inc.

Date: 05/07/2025

*Kent Steinberg*
*Attorney's signature*

Kent Z. Steinberg
*Printed name and bar number*

Winston & Strawn LLP
35 West Wacker Dr.
Chicago, IL 60601
*Address*

Ksteinberg@winston.com
*E-mail address*

(312) 558-3972
*Telephone number*

(312) 558-5700
*FAX number*