**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

Dakota Labs Inc.,

                Plaintiff,

    v.

Huron Capital Partners LLC and
Michael Grunza III,

                Defendants.

Case No. 2:24-cv-10922

Hon. Susan K. DeClercq
United States District Judge

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
EXHIBITS**

For the reasons more fully set forth in the Brief in Support of Plaintiff Dakota

Labs Inc's ("Dakota Labs") Motion to File Under Seal, Dakota Labs requests that

the Court grant this motion and permit it to file five exhibits (Exs. A–F) under seal.

Those five exhibits have been designated "Confidential" by Defendants. Plaintiff

also seeks to file under seal unredacted versions of its Proposed First Amended

Complaint (Ex. J) and its Motion for Leave to File an Amended Complaint (Ex. N),

which discuss those exhibits.

Pursuant to L.R. 7.1(a), counsel for the parties met and conferred on January

2, 2026, regarding the confidentially marked exhibits that Plaintiff intends to file

with its Motion for Leave to File an Amended Complaint. In that conference,

Defendants agreed that the five exhibits identified required filing under seal.

1

Dated: January 9, 2026           Respectfully submitted,

                               */s/ Ronald Y. Rothstein*

                               Ronald Y. Rothstein
rrothste@winston.com
Kent Z. Steinberg
ksteinberg@winston.com
John R. McNair
jmcnair@winston.com
Winston & Strawn LLP
300 N. Lasalle Dr.
Chicago, Illinois 60654-3406
Telephone: (312) 558-7464
Facsimile: (312) 558-6700

*Attorneys for Dakota Labs Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.


Dated: January 9, 2026          Respectfully submitted,

*/s/ Ronald Y. Rothstein*

Ronald Y. Rothstein
rrothste@winston.com

*Attorney for Dakota Labs Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Dakota Labs Inc.,

              Plaintiff,

    v.

Huron Capital Partners LLC and
Michael Grunza III,

            Defendants.

Case No. 2:24-cv-10922

Hon. Susan K. DeClercq
United States District Judge

## BRIEF IN SUPPORT OF PLAINTIFF DAKOTA LABS INC'S MOTION TO FILE UNDER SEAL

## STATEMENT OF ISSUES PRESENTED

I.   Whether five exhibits to Plaintiff's motion for leave to amend that Defendants have identified as containing confidential information should be allowed to be filed under seal, as well as Plaintiff's Proposed First Amended Complaint and Motion for Leave to File an Amended Complaint, which discuss those exhibits?

**Plaintiff States: Yes.**

# <u>CONTROLLING AUTHORITY</u>

1. *Cinpres Gas Injection Ltd. v. Volkswagen Grp. of Am., Inc.*, 2013 WL 11319319 (E.D. Mich. Feb. 14, 2013).

2. *Tecnomatic S.p.A. v. ATOP S.p.A*, 2020 WL 9211185 (E.D. Mich. Oct. 28, 2020).

Pursuant to L.R. 5.3(b), Plaintiff Dakota Labs, Inc., hereby moves the Court for leave to allow Plaintiff to file under seal certain exhibits to its motion to amend the complaint. In support thereof, Dakota Labs states as follows:

## I.        Documents Proposed to Be Sealed, and Any Objections

1.        Plaintiff moves to seal five exhibits (Exhibits A–F) that Defendants have represented contain "Confidential" information, meaning Defendants "reasonably and in good faith believe" that these documents "contain nonpublic and confidential, personal, business, strategic, proprietary, or commercially sensitive information." Dkt. No. 38, PageID.401. Plaintiff also moves to seal unredacted versions of its Proposed First Amended Complaint (Ex. J) and Motion for Leave to File an Amended Complaint (Ex. N), which discuss those exhibits. Plaintiff has also filed publicly available redacted versions of this Proposed First Amended Complaint and Motion for Leave to File an Amended Complaint, which redact potentially sensitive information drawn from the materials below.

2.        In sum, Plaintiff moves to be given leave to file the following Bates-stamped documents under seal as exhibits to its Motion for Leave to File an Amended Complaint (collectively, the "Confidential Exhibits"):

a. HURON00010783 (attached as "**Exhibit A**") – Amended and Restated Operating Agreement of WD Diamonds Holdings, LLC, showing

information about the formation of WD Labs, the management structure of WD Labs, and financial information about WD Labs.

b. HURON00015636 (attached as "**Exhibit B**") – Email from Michael Beauregard and the attachment to that email (HURON00015637), showing information about Huron Capital's practices in pursuing private placement and internal strategy.

c. HURON000023596 (attached as "**Exhibit C**") – WD Lab Grown Diamonds Structure Chart, providing potentially competitively sensitive information on how Huron Capital structures its funding of its portfolio companies.

d. HURON00002543 (attached as "**Exhibit D**") – Letter indicating interest in pursuing acquisition sent from Huron Capital to WD Labs, providing potentially competitively sensitive information on how Huron Capital pursues and structures its funding of its portfolio companies.

e. HURON00003049 (attached as "**Exhibit E**") – Huron Capital letter of intent related to its "recapitalization" of WD Labs, providing potentially competitively sensitive information on how Huron Capital pursues and structures its funding of its portfolio companies.

    f.   Each of the above documents was designated "Confidential" by Defendants.

3.    Plaintiff also moves to seal unredacted versions of its Proposed First Amended Complaint (Ex. J) and Motion for Leave to File an Amended Complaint (Ex. N), which discuss those exhibits. Plaintiff has also filed publicly available redacted versions of this Proposed First Amended Complaint and Motion for Leave to File an Amended Complaint.

**II.    Factual and Legal Analysis Supporting Sealing the Proposed Material**

4.    "[T]he presumption of access to court records may be overcome by … a particularized special need for confidentiality, such as when trade secrets, national security, or certain privacy rights of trial participants or third parties are implicated." *Cinpres Gas Injection Ltd. v. Volkswagen Grp. of Am., Inc.*, 2013 WL 11319319, at *1 (E.D. Mich. Feb. 14, 2013).

5.    "[I]nformation which if made public would cause the movant an injury that both qualitatively and quantitatively outweighs the public's right of access to court documents" properly form the basis of a motion to seal. *Id.* at *2.

6.    There is good cause to restrict the Confidential Exhibits from the public record because their publication could reveal confidential business information about Huron Capital and potentially give advantage to its competitors.

7. Given the nature of the Confidential Exhibits, should they be disclosed to the public, it could result in Huron Capital's competitive disadvantage. *See Tecnomatic S.p.A. v. ATOP S.p.A*, , 2020 WL 9211185, at *1 (E.D. Mich. Oct. 28, 2020) (granting motion to seal where information "is likely to significantly harm one's competitive position") (internal quotations and alterations omitted).

8. Where information sought to be sealed could "contravene an obligation of confidentiality to a third person or to a court if publicly disclosed," it is appropriate to grant a motion to seal. *Id.*

9. All parties agree that the five exhibits above should be filed under seal, nor does any party claim the public has a right to access this information that outweighs the competitive disadvantage that could be suffered by Huron Capital. Additionally, Plaintiff's unredacted Proposed First Amended Complaint (Ex. J) and Motion for Leave to File an Amended Complaint (Ex. N) also should be filed under seal, as they reveal potentially sensitive information from those exhibits. Plaintiff has filed publicly available redacted versions of the latter two documents

## III. Conclusion

WHEREFORE, because good cause exists to keep the attached exhibits restricted from the public, Dakota Labs respectfully requests that this Court allow these documents to be filed under seal.

Dated: January 9, 2026

Respectfully submitted,

*/s/ Ronald Y. Rothstein*

Ronald Y. Rothstein
rrothste@winston.com
Kent Z. Steinberg
ksteinberg@winston.com
John R. McNair
jmcnair@winston.com
Winston & Strawn LLP
300 N. Lasalle Dr.
Chicago, Illinois 60654-3406
Telephone: (312) 558-7464
Facsimile: (312) 558-6700

*Attorneys for Dakota Labs Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

Dated: January 9, 2026          Respectfully submitted,

*/s/ Ronald Y. Rothstein*

Ronald Y. Rothstein
rrothste@winston.com

*Attorney for Dakota Labs Inc.*