# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Dakota Labs Inc.,

        Plaintiff,

  v.

Huron Capital Partners LLC and Michael Grunza III,

        Defendants.

Case No. 2:24-cv-10922

Hon. Susan K. DeClercq
United States District Judge

## DAKOTA LABS INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Dakota Labs Inc. ("Plaintiff"), by and through its undersigned counsel, withdraws its Motion for Leave to File an Amended Complaint without prejudice to refiling (Dkt. 43). On January 14, 2026, the Court directed Plaintiff and Huron Capital Partners LLC and Michael Grunza III ("Defendants") to prepare a status report concerning how to deal with Defendants' assertion that The Huron Fund V Executives L.P. and The Huron Fund V L.P are necessary parties to this action. Therefore, Plaintiff withdraws its pending Motion for Leave to File an Amended Complaint without prejudice while the Parties complete discovery on whether these third parties are necessary or indispensable, and the effect adding those third parties would have on this Court's subject matter jurisdiction.

Dated: January 20, 2026

Respectfully submitted,

*/s/ Ronald Y. Rothstein*

Ronald Y. Rothstein
rrothste@winston.com
Kent Z. Steinberg
ksteinberg@winston.com
Winston & Strawn LLP
300 N. Lasalle Dr.
Chicago, Illinois 60654-3406
Telephone: (312) 558-7464
Facsimile: (312) 558-6700

*Attorneys for Dakota Labs Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: January 20, 2026 | Respectfully submitted, |
| | */s/ Ronald Y. Rothstein* |
| | Ronald Y. Rothstein<br>rrothste@winston.com |
| | *Attorneys for Dakota Labs Inc.* |