UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS, INC.

                Plaintiff,                      Case No. 24-10922

v.

                                            Hon. Susan K. DeClercq

HURON CAPITAL
PARTNERS, LLC, et al.

                Defendants.

_____/

**ORDER REGARDING DEPOSITIONS**

On January 14, 2026, at the request of the parties, this Court held a virtual status conference to discuss several issues, including the location for the upcoming depositions of Plaintiff's officers, Aaron Ariel and Eshchar Sommerfeld. For the reasons stated during the conference, **IT IS ORDERED** that the depositions of these officers shall take place in Detroit, Michigan.

Alternatively, should Plaintiff prefer, and assuming that counsel for the Defendant is willing, **IT IS ORDERED** that the deposition of these officers may take place in Vancouver, Canada, only if Plaintiff agrees to pay for the travel costs of Defendant's counsel (and any such support staff as may be needed to assist with the deposition) and one representative of Defendants.

                                                          */s/ Susan K. DeClercq*
                                                          SUSAN K. DeCLERCQ
                                                          United States District Judge

Dated: January 27, 2026