UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS INC.,

        Plaintiff,

v.

HURON CAPITAL PARTNERS
LLC, and MICHAEL GRUNZA,

        Defendants.

_____/

Case No. 2:24-cv-10922

Honorable Susan K. DeClercq
United States District Judge

## CASE MANAGEMENT ORDER

**IT IS ORDERED** that the Parties have until **May 17, 2026** to complete all preliminary limited discovery regarding the ownership and control of the network of Defendants' entities, as articulated at the status conference on March 17, 2026.

**IT IS FURTHER ORDERED** that the Parties are to appear before this Court for a virtual status conference on **May 28**, **2026** at 2:00 P.M. to discuss the remaining case schedule.

**IT IS FURTHER ORDERED** that the dates set forth in the Phase I Scheduling Order entered on May 9, 2025 and later extended by text-only order on December 15, 2025, are **VACATED**. New case management dates will be established at the May 28, 2026 status conference.

**IT IS SO ORDERED**.

- 2 -

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 18, 2026