UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAKOTA LABS INC.,

      Plaintiff,

vs.

HURON CAPITAL PARTNERS LLC
and MICHAEL GRUNZA III,

      Defendants.

Case No. 2:24-cv-10922

Hon. Susan K. DeClercq

/

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendants Huron Capital Partners, LLC, and Michael Grunza III, ("Defendants") respectfully seek, pursuant to Local Rule 83.25(b)(2), a Court order permitting Jalen R. Farmer to withdraw as counsel in this proceeding due to his departure from Honigman LLP. Defendants will continue to be represented by Honigman LLP.

1

Respectfully submitted,

Honigman LLP

Dated: May 8, 2026

By:  /s/ *Jalen R. Farmer*
Jalen R. Farmer
660 Woodward Avenue, Suite 2290
Detroit, MI 48226-3506
(313) 465-7290
jfarmer@honigman.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I caused the electronic filing of the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

/s/ Jalen R. Farmer
Jalen R. Farmer

2

75417767