**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| Dakota Labs Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Huron Capital Partners LLC and Michael Grunza III,<br><br>Defendants. | Case No. 2:24-cv-10922<br><br>Hon. Susan K. DeClercq |

**HONIGMAN LLP's NOTICE OF SCREENING PURSUANT TO MICHIGAN RULE OF PROFESSIONAL CONDUCT 1.12(c)**

Honigman LLP ("Honigman"), counsel to Defendants Huron Capital Partners LLC and Michael Grunza III, hereby gives written notice to this Court and the parties that Tess Haadsma, who served as a law clerk for the Honorable Susan K. DeClercq, Judge of the United States District Court for the Eastern District of Michigan, from August 2024 to August 2026, while this case was pending before Judge DeClercq in the United States District Court for the Eastern District of Michigan, joined Honigman on October 12, 2026.

Pursuant to Michigan Rule of Professional Conduct 1.12(c), Honigman has screened Ms. Haadsma from Honigman's representation of Huron Capital Partners LLC and Michael Grunza III in this matter.

Specifically, the following screening procedures were implemented by Honigman:

- A memo was distributed to the entire Honigman firm (all attorneys and staff) on October 12, 2026, giving notice of the screen;
- Ms. Haadsma has acknowledged the screen and her responsibility to preserve and to not disclose any confidences she may have regarding this case;
- A memo was sent to each Honigman attorney representing Huron Capital Partners LLC and Michael Grunza III in this matter with instructions to (1) not discuss this matter with Ms. Haadsma; and (2) not allow Ms. Haadsma access to the files of Huron Capital Partners LLC and Michael Grunza III for this matter, and those attorneys have acknowledged that requirement;
- The Honigman Record Services Department has been instructed to not allow Ms. Haadsma access to the files of Huron Capital Partners LLC and Michael Grunza III for this matter, and hard copies will be appropriately labeled; and
- A screening restriction has been entered into Honigman's document management system preventing Ms. Haadsma from accessing Honigman's electronic files or documents for this matter.

In addition, Ms. Haadsma will not be apportioned any part of the fees that Honigman earns through its representation of Huron Capital Partners LLC and Michael Grunza III in this matter.

This notice is given pursuant to the requirement of Michigan Rule of Professional Conduct 1.12(c)(2).

Dated: October 27, 2026

Respectfully submitted,

**HONIGMAN LLP**

*By: /s/ Nick Gorga*

Nick Gorga (P72297)
Nathan Richardson
600 Woodward Avenue
Detroit, MI 48226
Tel: (313) 465-7640
ngorga@honigman.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 27, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

*/s/ Nick Gorga*
Nick Gorga (P72297)